# EXHIBIT 1

October 10, 2024

Lisa J. Stevenson, Acting General Counsel
Office of the General Counsel
Federal Election Commission
1050 First Street, NE
Washington, DC  20463

>        Re:   Complaint Against National Public Radio (NPR)
>              for Violations of 11 C.F.R. Section 100.73

Dear Ms. Stevenson:

On behalf of Alexander Tomescu, the United States Justice Foundation ("USJF")[1], and Policy Issues Institute ("PII")[2], please accept this letter, along with the accompanying USJF report entitled "NPR Exposed: Why NPR Fails FEC Press Exemption," as a Complaint against the National Public Radio ("NPR") corporation for violations of 11 C.F.R. Section 100.73.  (52 U.S.C. Section 30109 & 30107; 11 C.F.R. Section 111.4)

Throughout the current 2024 general election cycle, and since at least the 2020 election cycle, NPR and its employees and agents clearly and unmistakably engaged in express advocacy in support of the Democratic nominee for the President of the United States (initially, President Joe Biden, and later, Vice President Kamala Harris) and in opposition to the Republican nominee, former President Donald J.

---

[1] The United States Justice Foundation (https://usjf.net/) is a nonprofit 501(c)(3) public interest, legal action organization that instructs, informs and educates the public on, and litigates, significant legal issues confronting America.  USJF publishes studies and reports on topical issues and distributes them free of charge to opinion leaders, students and the general public.

[2] Policy Issues Institute (https://www.policyissuesinstitute.com/) publishes papers, newsletters, and websites to collect and disseminate information on public policy and media issues. PII's published materials aim to encourage citizen involvement. PII conducts research on American public policy, including energy, education, taxes, crime, transportation, and natural resources and provides valuable information to the public on the importance of these issues.

Trump. In doing so, NPR failed to meet the Federal Election Commission's standard of a "bona fide news organization."

Pursuant to applicable law, specifically 11 C.F.R. Section 100.73, a bona fide news organization is entitled to an extremely significant exemption from federal campaign spending restrictions. As this Complaint sets forth in detail, NPR advocates for the Democratic Presidential nominee and against the Republican Presidential nominee in a manner that transgresses the "bona fide news media" exemption and instead meets the "express advocacy" standard set forth in 52 U.S.C. Section 30101(17) and 11 C.F.R. Section 100.22(b).

Accordingly, we request that the Commission find reason to believe (2 U.S.C. Section 437g(a)(2)) that Respondents have violated the Act, conduct an investigation to determine the extent of the violations, and take appropriate enforcement action to protect the public interest and the integrity of our electoral and campaign finance system.

<div align="center">

**The Press Exemption from the Federal
Election Campaign Act's Definition of "Expenditure"**

</div>

The First Amendment's "Free Press" clause is a recognition of the importance that the press plays in the political affairs of our country. The vital role that the press plays in our democracy is affirmed by the press exemption, which excludes from the Federal Election Campaign Act's (the "Act" or "FECA") definition of expenditure "any news story, commentary, or editorial distributed through the facilities of any broadcasting station…" (11 C.F.R. Section 100.73). However, the press exemption only applies if the news is presented as part of "a general pattern of campaign-related news accounts *that give reasonably equal coverage to all opposing candidates* in the circulation or listening area" (*Id.,* at Section 100.73(b); emphasis added).

## NPR is Not a Bona Fide News Organization

In its coverage of the 2024 presidential election, NPR fails to meet the Commission's definition of a bona fide news organization due to its express advocacy in support of the Democratic nominee and its open hostility to former President Trump. Accordingly, the commentary, analysis, and editorializing by NPR's employees and agents should not be subject to the Act's press exemption. Instead, a fair assessment of NPR's coverage of the Presidential race should be treated as an ongoing violation of federal election campaign contribution and expenditure restrictions, because NPR's "reporting" amounts to an illegal, undisclosed corporate contribution, initially to the Biden campaign and now to the Harris campaign.

## NPR Engages in "Express Advocacy"

Under 11. C.F.R. Section 100.22(b)(1-2), express advocacy occurs in connection with communications which, "when taken as a whole and with limited reference to external events, such as the proximity to the election, could only be interpreted by a reasonable person as containing advocacy of the election or defeat of one or more clearly identified candidate(s) because – 1) The electoral portion of the communication is unmistakable, unambiguous and suggestive of only one meaning; and 2) Reasonable minds could not differ as to whether it encourages actions to elect or defeat one or more clearly identified candidate(s) or encourages some other kind of action."

It has been apparent over the last several months and years, both before and after Vice President Harris became the Democratic nominee, that NPR, and several of its employees and agents, were expressly advocating for the election and policies of the Democratic nominee and against those of the Republican nominee. Indeed, it is abundantly clear that NPR, through its editorial decisions and the presentation of the news by its employees and agents, was unabashedly engaging in express advocacy in favor of Biden, and now Harris, NPR demonstrated its failure to meet

the Act's free press exemption for campaign expenditure restrictions through its express advocacy against former President Trump.

Among the examples that support this conclusion, which are discussed in considerable detail in the USJF Report, are the following:

### The Democratic Party Exercises Control Over NPR

The Democratic Party, through its donors, volunteers, and agents, constitutes, and exercises control over, a majority of NPR's Board of Directors, including NPR President and CEO Katherine Maher & Foundation Board Chair John McGinn. Importantly, the press exemption does not apply to media corporations that are controlled by a political party committee, political committee, or candidate. (2 U.S.C. 431(9)(B)(i); 11 CFR 100.7(b)(2); 100.8(b)(2); FEC Advisory Opinion 1982-44.)  "Corporate contribution prohibitions would apply with equal force to all media corporations unless their activities fall within the specific exemption for any news story, commentary, or editorial (USJF Report, at 3 & 9-33.)

### NPR Fails to Operate Like a Typical News Organization

NPR's activity surrounding its treatment of former President Trump constitutes campaign activity and, as such, requires proper campaign finance disclosure. In April 2024, then-NPR employee Uri Berliner, a Peabody Award-winning journalist who worked at NPR for 25 years, described extreme bias at NPR, a failure to abide by journalistic ethical standards, and a political operation to stop Donald Trump's 2024 presidential campaign.  NPR's actions constitute reportable campaign activities as they are not typical journalistic activities, nor are they a "legitimate press function."  (USJF Report, at 3 & 37-38.)

NPR fails to meet the standard for a press exemption insofar as it does not operate like a typical news organization.  NPR hired President and CEO Katherine Maher – a former Biden for President campaign volunteer who has made numerous federal campaign contributions to Democrat campaigns or political action

4

committees and has been a vocal Trump opponent – even though she had never worked in journalism. In 2024, Berliner criticized the hiring of Maher as moving NPR in the wrong direction away from ethical journalism. (USJF Report, at 3 & 34-36.)

<div align="center">

**NPR Fails the Federal Court's Press Exemption Framework**

</div>

In considering the scope of the press exemption, the Commission has relied on a two-part framework presented in *Reader's Digest Association v. FEC*, 509 F. Supp. 1210, 1215 (S.D.N.Y 1981): (1) Whether the press entity is owned or controlled by a political party, political committee, or candidate; and (2) Whether the press entity is acting as a press entity in conducting the activity at issue (i.e., whether the entity is acting in its "legitimate press function").[3]  It is our contention, provided via the evidence set forth herein, and more thoroughly covered in the attached USJF report)[4] that NPR has failed both parts of this framework, namely that it is controlled by the Democratic Party and that it does not ***act as a press entity*** in covering the candidates for President in the 2024 election cycle.

"If, for example, on Election Day a partisan newspaper hired an army of incognito propaganda distributors to stand on street corners denouncing allegedly illegal acts of a candidate and sent sound trucks through the streets blaring the same denunciations, all in a manner unrelated to the sale of its newspapers, this activity would not come within the press exemption even though it might comply with a technical reading of the statutory exemption, being a "news story ... distributed through the facilities of ... [a] newspaper." NPR's activities meet this test. *Reader's Digest, Id.*  (USJF Report, at 3; 9-33 & 39-43.)

For added context regarding the conduct of NPR and its employees and agents – including its anchors, hosts, contributors, and analysts – please consider Judge Silberman's recent partial dissent in *Tah v. Global Witness* (2021) 991 F.3d 231, in which he correctly pointed to the corrosive effects of having major media

---

[3] FEC Advisory Opinion 2004-07

[4] https://usjf.net/2021/02/09/NPRs-systemic-bias-express-advocacy/

organizations acting as "virtually Democratic Party broadsheets" and his observations that "one-party control of the press and media is a threat to a viable democracy" and "the overwhelming uniformity of news bias in the United States has an enormous political impact."[5]

This Complaint asserts that NPR is not operating as a bona fide news organization, and instead essentially conducts itself as a public relations branch of the Democratic Party, actively advocating for the election of clearly identified Federal candidates and expressly advocating for the defeat of opposing Federal candidates. We believe discovery of documents, such as emails, texts and written documents, between NPR, Democratic National Committee personnel, and Democratic campaigns such as Biden for President and Harris for President, regarding NPR's planned broadcasts (2 U.S.C. Section 437d) would offer proof of this assertion.

We respectfully ask the Commission to commence an investigation into whether NPR should be considered a bona fide news organization protected by the press exemption, given its biased coverage in favor of Presidential candidates Biden and Harris, constituting in-kind contributions and expenditures on the candidates' behalf. We also ask that the Commission freshly consider the broad scope of the press exemption as currently understood, insofar as the conduct of the press, we contend, has had deleterious effects on the level of civil discourse in our country.

/ / /

/ / /

/ / /

/ / /

---

[5]https://www.cadc.uscourts.gov/internet/opinions.nsf/C5F7840A6FFFCF6485258 69D004ECAC5/$file/19-7132-1890626.pdf

We declare under penalty of perjury, pursuant to 18 U.S.C. Section 1001, that the facts stated in this Complaint are true of our own personal knowledge, except as to any matters stated on information and belief, and as to those matters, we are informed and believe them to be true.

Executed this _8_ day of _October_, 2024 in _Laguna Niguel_ California.

_____

Alexander Tomescu, Complainant
54 Seascape
Laguna Niguel, CA 92677
Telephone: (949) 235-3957

United States Justice Foundation
3655 W. Anthem Way, Ste. 109A-259
Anthem, AZ 85086

By _____

Alexander Tomescu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of _Orange_

Subscribed and sworn to (or affirmed) before me on this _8_ day of _October_, 20 _24_ by _Alexander Tomescu_ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

Policy Issues Institute
30011 Ivy Glenn Dr Ste 223
Laguna Niguel, CA 92677

By _____

Alexander Tomescu

AMANDA NEWMAN
COMM. #2338778
Notary Public - California
Orange County
My Comm. Expires Nov. 28, 2024

Enclosure

[NOTARY SEAL HERE]

7



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**



# NPR Exposed: Why NPR Fails FEC Press Exemption

A REPORT BY THE UNITED STATES JUSTICE FOUNDATION

July 2024



# About the United States Justice Foundation

## About

The United States Justice Foundation is a nonprofit 501(c)(3) public interest, legal action organization that instructs, informs and educates the public on, and litigates, significant legal issues confronting America.

USJF's recent successful public interest litigation includes *Lacy v. Dep't of State*, Case No. SA CV 22-1065-DOC, 2023 WL 431659 (C.D. Cal. May 3, 2023) in which it enforced the right to receive government records – communications between Hunter Biden and now-Secretary of State Antony Blinken – under the Freedom of Information Act.

USJF publishes studies and reports on topical issues and distributes them free of charge to opinion leaders, students and the general public.

## Contact Information

Mailing Address:      United States Justice Foundation
                      3655 W Anthem Way, Suite 109A-259
                      Anthem, AZ 85086

Website:              https://usjf.net/



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

# Executive Summary

## Press Exemption Does Not Apply to Entities Controlled by Political Party, Candidate, or Committee

The Federal Election Commission (FEC) Press Exemption does not apply to media corporations that are controlled by any political party committee, political committee, or candidate. The Democratic Party, through its donors, volunteers, and agents, constitutes, and exercises control over, a majority of the National Public Radio (NPR) Board of Directors, including NPR President and CEO Katherine Maher & Foundation Board Chair John McGinn.

## Non-Exempt Activity: NPR "Efforts to Damage or Topple Trump's Presidency"

NPR's activity surrounding its treatment of political candidate Donald J. Trump constitutes campaign activity and, as such, requires proper campaign finance disclosure. In April 2024, then-NPR employee Uri Berliner, a Peabody Award-winning journalist who worked at NPR for 25 years, described extreme bias at NPR, its failure to abide by journalistic ethical standards, and a political operation to stop Donald Trump's presidential campaign. He explains: NPR "veered toward efforts to damage or topple Trump's presidency." NPR's actions constitute reportable campaign activities as they are not typical journalistic activities, nor are they a "legitimate press function."

## NPR Fails to Operate Like a Typical News Organization

NPR fails to meet the standard for a press exemption as its activities do not operate like those of a typical news organization. NPR has hired, as its President and CEO, Katherine Maher, who has never worked in journalism. In 2024, then-NPR journalist Uri Berliner criticized the hiring as moving NPR in the wrong direction away from ethical journalism.

## New NPR President Katherine Maher: Democrat Donor & Biden Volunteer

Katherine Maher serves as President and CEO of NPR. In this capacity, she has prima facie control over the organization. Maher holds the highest leadership position and has broad authority over the organization's operations, strategy, and editorial direction. In November 2020, Maher volunteered for the Biden for President campaign. Since 2016, Maher has made 13 federal campaign contributions to Democrat campaigns or Political Action Committees. In addition to pro-Democrat


advocacy, Maher has been a vocal opponent of Donald Trump, the Republican candidate for President.

## Maher's Statements Conflict with Professional Journalist Code of Ethics
The Society of Professional Journalists publishes a Code of Ethics for professional journalists to follow. Journalists should "Seek Truth and Report It." In 2022, Maher made statements in direct opposition to this journalistic code of conduct. She said "Our reverence for the truth might be a distraction that is getting in the way of finding common ground and getting things done." According to published reports by the New York Times, following Maher's hiring NPR implemented a new editing review process for stories that is being funded by an anonymous donor.

## NPR Foundation Chair & Board Member John McGinn: Maxed-Out Biden Contributor - $90k to Democrats
John McGinn serves as a member of NPR's Board of Directors. Additionally, as NPR Foundation Chair, McGinn holds unique power to confirm the appointment of 9 Public Directors to NPR's Board of Directors. In 2020, during his tenure as NPR Foundation Chair, McGinn contributed $5,600 to Joe Biden's presidential campaign. FEC disclosure reports list NPR as being affiliated with McGinn at least five times. In total, McGinn made at least 39 contributions totaling $90,237.50 to Democrat candidates, including the Democratic National Committee, Joe Biden, and Hillary Clinton.

## 10 Additional NPR Board Members are Political Donors to Democrats, Anti-Trump
Ten additional members of NPR's Board of Directors have donated to Democrat candidates or campaigns. NPR Board Member Matthew Barzun served as National Finance Chair for the 2012 Obama-Biden campaign, is a two-time Obama-Biden appointee, and raised more than $1.2 Million in campaign contributions for the Obama-Biden campaigns. Barzun donated $55,700 directly to the Biden for President campaigns. Other NPR Board members contributing to Biden or Democrat campaigns are: Scott Donaton, Shawn Turner, R.C. McBride, Catherine Levene, Neal Zuckerman, Howard Wollner, Milena Alberti-Perez, Leroy Kim, and Judith Segura.

## NPR's Actions Were Heavily Influenced by Political Figure Adam Schiff
Then-NPR journalist Uri Berliner describes how NPR was heavily influenced by a political candidate and was effectively reprinting unsubstantiated propaganda; either



action would disqualify those activities from protection under the press exemption. According to then-NPR journalist Berliner, NPR "hitched our wagon to Trump's most visible antagonist, Representative Adam Schiff… By my count, NPR hosts interviewed Schiff 25 times about Trump and Russia. During many of those conversations, Schiff alluded to purported evidence of collusion." A political candidate, Adam Schiff, therefore controlled NPR's coverage of Trump as "NPR's guiding hand" and "its ever-present muse," as stated by Berliner.

**Non-Exempt Campaign Activity: Disseminating Biden Campaign Propaganda**
NPR activities in and around October 2020 to actively suppress public speech about Hunter Biden's laptop are not a legitimate press function. NPR reprinted Biden campaign propaganda. On October 17, 2020, NPR published a story on its website without any campaign finance "paid for" disclaimer. The story reprinted Biden campaign propaganda. In light of Berliner's statements about NPR's motives, this story should be viewed as campaign activity intended to influence the 2020 presidential election. The infamous and now-debunked letter by more than 50 intelligence experts was done at the behest of the Biden campaign.

**NPR Activities Not Exempt Per Landmark *Readers Digest* Precedent**
*Reader's Digest Ass'n v. FEC* (1981) *509 F. Supp. 1210*, identifies activities by bona fide press entities that do not qualify for the press exemption: "If, for example, on Election Day a partisan newspaper hired an army of incognito propaganda distributors to stand on street corners denouncing allegedly illegal acts of a candidate and sent sound trucks through the streets blaring the same denunciations, all in a manner unrelated to the sale of its newspapers, this activity would not come within the press exemption even though it might comply with a technical reading of the statutory exemption, being a "news story ... distributed through the facilities of ... [a] newspaper." NPR's activities meet this test:
- **Election Day**: NPR's activities occurred during the election. At the time of publication, October 17, 2020, mail-in voting was actively in progress.
- **Partisan Newspaper**: NPR's Directors are major campaign contributors to the Biden campaign and Democratic committees.
- **Incognito Propaganda Distributors**: NPR did not disclose at the time that its coverage was driven by then-Biden campaign operative Antony Blinken. NPR reprinted Biden's false statements intended to persuade voters.



- **Through the streets blaring the same denunciations**: NPR published its article on the internet, which is the modern-day equivalent of streets and street corners.

## Non-Exempt Campaign Activity: NPR Managing Editor Statement re: Hunter Biden's Laptop

On or about October 22, 2020, NPR's then-Managing Editor, Terence Samuel, issued a statement to influence public opinion and the outcome of the election. The statement read: ""We don't want to waste our time on stories that are not really stories, and we don't want to waste the listeners' and readers' time on stories that are just pure distractions." This social media post failed to include any "paid for by" disclaimer, nor is there any evidence to suggest that it was reported as an in-kind contribution to any political committee.  The Tweet garnered more than 27,000 replies, 17,000 retweets and 18,000 hearts/likes. Such statistics would be equivalent to several thousand dollars in free advertising.

## Not "Distinguishable From Active Participation In Core Campaign Or Electioneering Functions"

By issuing a statement on the Hunter Biden laptop issue and publishing on social media, NPR spent money that influenced a federal election. Issuing statements is a common campaign activity. Moreover, NPR's managing editor was directly refuting actions by the Trump campaign. In October 2020, the Trump campaign issued more than a half-dozen press releases on Hunter Biden.

## NPR Admission: Activity Intended to Influence the Election

NPR journalist Uri Berliner has stated that the outcome of the election influenced NPR's actions. Such admission would provide probable cause for the FEC to further investigate the extent to which NPR expended funds to influence the election. "I listened as one of NPR's best and most fair-minded journalists said it was good we weren't following the laptop story because it could help Trump."

## Non-Exempt Campaign Activity: NPR Public Editor Tweets & Emails

On or about October 22, 2020, NPR's Public Editor published multiple electronic communications, including internet postings, social media postings, and electronic newsletter communications, that constituted political campaign advocacy, were not protected by the press exemption, and were reportable campaign expenditures.



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

# Table of Contents

**Executive Summary**.................................................................................... 3

**Table of Contents** .................................................................................... 7

**NPR Fails Press Exemption: Controlled by "Political Party Committee, Political Committee or Candidate"** ........................................................................ 9

The Democratic Party Controls a Majority of NPR's Board of Directors ..................... 9

NPR: Controlled By Democratic Party Agents Through Donors, Political Operatives & Campaign Volunteers ....................................................................... 10

Case #1: Katherine Maher: President and CEO ........................................... 10

Case #2 John McGinn: NPR Foundation Chair & Board Member ......................... 13

Case #3: Scott Donation: Member of NPR Board of Directors ............................. 16

Case #4: Matthew Barzun - Member of NPR Board of Directors .......................... 18

Case #5: Shawn Turner – Member of NPR Board of Directors ............................. 24

Case #6: R.C. McBride - Member of NPR Board of Directors.............................. 25

Case #7: Catherine Levene- Member of NPR Board of Directors ........................ 26

Case #8: Neal Zuckerman - Member of NPR Board of Directors.......................... 29

Case #9: Howard Wollner- Member of NPR Board of Directors........................... 31

Case #10: Milena Alberti-Perez- Member of NPR Board of Directors................... 32

Case #11: Leroy Kim - Member of NPR Board of Directors.................................. 33

Case #12: Judith Segura - Member of NPR Board of Directors............................. 33

**NPR Fails to Operate Like a Typical News Organization** .................................... 34

NPR CEO Has No Journalism or News Experience ....................................... 34

Hiring of New NPR CEO Moving in Opposite Direction............................... 34

Maher's Statements Conflict with Professional Journalist Code of Ethics................ 34

NPR's New Editing Process, Funded by Anonymous Donor ...................... 35

NPR Does Not Abide By Professional Journalist Code Of Ethics: "Support The Open And Civil Exchange Of Views" ............................................ 35

NPR Does Not Abide By Professional Journalist Code Of Ethics: "Expose Unethical Conduct In Journalism, Including Within Their Organizations" ................ 36



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

**Non-Exempt Activity: NPR's "Efforts to Damage or Topple Trump's Presidency"**
............................................................................................................. **37**

Exemption Does Not Protect Campaign Activity by a Press Entity ...........................37

NPR Journalist: NPR's Activities "Veered Toward Efforts to Damage or Topple Trump's Presidency"...........................................................................................37

NPR Journalist: NPR's Actions Were Controlled by Political Figure Adam Schiff ....38

NPR Failed to Follow Journalistic Code of Ethics.........................................................38

**Non-Exempt Campaign Activity: Disseminating Biden Campaign Propaganda 39**

NPR's Activities: NOT "Distinguishable from Campaign Functions"..........................39

NPR Reprinted Biden Campaign Propaganda...........................................................39

NPR Activities Follow Landmark Readers Digest Precedent...................................42

**Non-Exempt Campaign Activity: NPR Managing Editor Statement on Hunter Biden Laptop .............................................................................................................. 44**

October 2020: Campaign Advocacy by NPR's Managing Editor Terence Samuel .44

NPR's Actions Were Not "Distinguishable From Active Participation In Core Campaign Or Electioneering Functions".........................................................................45

NPR Admission: Activity Intended to Influence the Election......................................46

Journalists Universally Agree that Hunter Biden's Laptop Deserved Coverage ......46

NPR's Actions Represented Omission-Bias ..................................................................47

NPR's Actions: Irresponsible and Unethical ................................................................47

NPR Has Covered President Trump's Minor Children .................................................48

**Non-Exempt Campaign Activity: Public Editor Tweets & Emails........................ 49**

NPR Public Editor Funded by NPR & Selected by NPR CEO – Providing Conduit for Biased Board to Influence Coverage .............................................................................49

NPR Public Editor Outsourced to Third Party .............................................................49

NPR Public Editor Attacked Trump Campaign in Email without "Proper Paid for by Disclosure"......................................................................................................................50

NPR Public Editor Tweets ..............................................................................................51



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

## NPR Fails Press Exemption: Controlled by "Political Party Committee, Political Committee or Candidate"

The FEC Press Exemption does not apply to media corporations that are controlled by any political party committee, political committee or candidate.

FEC Advisory Opinion 1982-44 states:

> *"Corporate contribution prohibitions would apply with equal force to all media corporations unless their activities fall within the specific exemption for any news story, commentary, or editorial distributed through the facilities of any broadcasting station, newspaper, magazine, or other periodical publication which are not owned or controlled by any political party committee, political committee or candidate. See 2 U.S.C. 431(9)(B)(i); 11 CFR 100.7(b)(2), 100.8(b)(2).[1]*

As further explained in FEC Advisory Opinion AO 2008-14:

> *To determine whether the press exemption applies to a particular situation, the Commission first asks whether the entity engaging in the activity is a press or media entity. Second, it applies a two-part analysis to determine that the entity is:*

> - *Not owned or controlled by a party, political committee or candidate[2]*

## The Democratic Party Controls a Majority of NPR's Board of Directors

The Democratic Party, through its donors, volunteers, and agents, has constructive control of the NPR's Board of Directors, including holding the important positions of NPR CEO and Foundation Board Chair.

---

[1] FEC, Advisory Opinion 1982-44, at 2–3 (Aug. 27, 1982) https://www.fec.gov/files/legal/aos/1982-44/1982-44.pdf
[2] Federal Election Commission. (2009, January 2). AO 2008-14: Internet campaign TV station qualifies for press exemption. https://www.fec.gov/updates/ao-2008-14-internet-tv-station-qualifies-for-press-exemption/



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

## NPR: Controlled By Democratic Party Agents Through Donors, Political Operatives & Campaign Volunteers

### Case #1: Katherine Maher: President and CEO

Katherine Maher serves as President and Chief Executive Officer of National Public Radio.[3] In this capacity, she has prima facie control over the organization. Maher holds the highest leadership position and has broad authority over the organization's operations, strategy, and editorial direction. [4]

*Biden 2020 Campaign Involvement: Maher Participated in Get Out The Vote Campaign for Biden for President*

In November 2020, "Maher shared a photo of herself participating in the get out the vote effort in Arizona on behalf of Biden in 2020, even wearing a "Biden for President" hat." [5]



---

[3] National Public Radio. (2024, January 24). NPR names tech executive Katherine Maher to lead in turbulent era. https://www.npr.org/2024/01/24/1226035539/npr-ceo-katherine-maher-wikimedia

[4] NPR. (2024, January 24). NPR names Katherine Maher President and CEO. https://www.npr.org/about-npr/1226552103/npr-names-katherine-maher-president-and-ceo

[5] Wulfsohn, J. A. (2024, April 22). Katherine Maher's past political activity flies in the face of NPR's ethics handbook. Fox News. https://www.foxnews.com/media/katherine-mahers-past-political-activity-flies-face-nprs-ethics-handbook

USJF

**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

*Democrat Campaign Contributions: Maher Has Made 13 Contributions to Democrat Campaigns or PACs.*

Since 2016, Maher has made 13 federal campaign contributions to Democrat campaigns or Political Action Committees.

| Committee | Contributor | Employer | Occupation | Date | Amount | Memo |
|---|---|---|---|---|---|---|
| ACTBLUE | MAHER, KATHERINE | WIKIMEDIA FOUNDATION | EXECUTIVE DIRECTOR | 11/15/2016 | 12.5 | CONTRIBUTION TO ACTBLUE |
| ACTBLUE | MAHER, KATHERINE | WIKIMEDIA FOUNDATION | EXECUTIVE DIRECTOR | 11/15/2016 | 125 | EARMARKED FOR FOSTER CAMPBELL FOR THE US SENATE (C00611988) |
| ACTBLUE | MAHER, KATHERINE | WIKIMEDIA FOUNDATION | EXECUTIVE DIRECTOR | 11/22/2017 | 10 | CONTRIBUTION TO ACTBLUE |
| ACTBLUE | MAHER, KATHERINE | WIKIMEDIA FOUNDATION | EXECUTIVE DIRECTOR | 11/22/2017 | 100 | EARMARKED FOR DOUG JONES FOR US SENATE (C00640623) |
| ACTBLUE | MAHER, KATHERINE | WIKIMEDIA FOUNDATION | EXECUTIVE DIRECTOR | 2/12/2020 | 100 | EARMARKED FOR WARREN FOR PRESIDENT, INC. (C00693234) |
| ACTBLUE | MAHER, KATHERINE | WIKIMEDIA FOUNDATION | EXECUTIVE DIRECTOR | 2/29/2020 | 50 | EARMARKED FOR WARREN FOR PRESIDENT, INC. (C00693234) |
| ACTBLUE | MAHER, KATHERINE | WIKIMEDIA FOUNDATION | EXECUTIVE DIRECTOR | 2/12/2020 | 10 | CONTRIBUTION TO ACTBLUE |
| ACTBLUE | MAHER, KATHERINE | WIKIMEDIA FOUNDATION | CEO AND EXECUTIVE DIRECTOR | 12/13/2020 | 50 | EARMARKED FOR FAIR FIGHT, INC. PAC - FEDERAL (C00693515) |
| ACTBLUE | MAHER, KATHERINE | WIKIMEDIA FOUNDATION | CEO AND EXECUTIVE DIRECTOR | 12/13/2020 | 50 | EARMARKED FOR MIJENTE PAC - UNLIMITED (C00738039) |
| ACTBLUE | MAHER, KATHERINE | WIKIMEDIA FOUNDATION | CEO AND EXECUTIVE DIRECTOR | 12/13/2020 | 50 | EARMARKED FOR BLACK VOTERS MATTER ACTION PAC (C00753277) |
| ACTBLUE | MAHER, KATHERINE | WIKIMEDIA FOUNDATION | CEO AND EXECUTIVE DIRECTOR | 12/13/2020 | 50 | EARMARKED FOR NEW SOUTH SUPER PAC (C00758789) |
| ACTBLUE | MAHER, KATHERINE | WIKIMEDIA FOUNDATION | CEO AND EXECUTIVE DIRECTOR | 12/13/2020 | 50 | EARMARKED FOR ASIAN AMERICAN ADVOCACY FUND PAC (C00739557) |
| FAIR FIGHT | MAHER, KATHERINE | WIKIMEDIA FOUNDATION | CEO | 11/7/2020 | 500 | NON-CONTRIBUTION ACCOUNT |

*Maher Has Engaged in Repeated Partisan Pro-Democrat Social Media Advocacy*
According to a review of her social media posts:



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

"Maher was "excited" about Elizabeth Warren in 2012." [6]



"She "just [couldn't] wait to vote" for Hillary in 2016." [7]



"She once had a dream about "sampling and comparing nuts and baklava on roadside stands" with Kamala Harris." [8]



---

[6] Rufo, C. F. (2024, April 18). Quotations from Chairman Maher. City Journal. https://www.city-journal.org/article/quotations-from-chairman-maher
[7] Rufo, C. F. (2024, April 18). Quotations from Chairman Maher. City Journal. https://www.city-journal.org/article/quotations-from-chairman-maher
[8] Rufo, C. F. (2024, April 18). Quotations from Chairman Maher. City Journal. https://www.city-journal.org/article/quotations-from-chairman-maher



## A REPORT BY THE UNITED STATES JUSTICE FOUNDATION

*Maher Has Engaged in Repeated Partisan Anti-Trump Social Media Advocacy*

Maher "celebrated the banishment of then-president Donald Trump from social media, writing: "Must be satisfying to deplatform fascists. Even more satisfying? Not platforming them in the first place."" [9]



Maher has attacked President Donald Trump as a "deranged racist sociopath." [10]



11

## Case #2 John McGinn: NPR Foundation Chair & Board Member

"John McGinn serves as a member of the NPR Board of Directors, which is responsible for the governance of our 501(c)(3) nonprofit corporation. The Board sets the policies and overall direction for NPR management, monitors the performance of NPR, and provides financial oversight."[12]

---

[9] Rufo, C. F. (2024, April 18). Quotations from Chairman Maher. City Journal. https://www.city-journal.org/article/quotations-from-chairman-maher

[10] Rufo, C. F. (2024, April 18). Quotations from Chairman Maher. City Journal. https://www.city-journal.org/article/quotations-from-chairman-maher

[11] Maher, K. [@krmaher]. (2020, May 14). [Tweet text]. Twitter https://twitter.com/krmaher/status/1260960520586145797

[12] NPR. (2021, November 18). NPR Board of Directors. https://www.npr.org/about-npr/182676957/npr-board-of-directors



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

Additionally, as NPR Foundation Chair, McGinn holds unique power to confirm the appointment of 9 Public Directors to NPR's Board of Directors. [13]

According to its Form 990 tax return ending on September 30, 2022, "The NPR Foundation ("Foundation") is a supporting organization organized and operated exclusively for the benefit of its sole member, National Public Radio, Inc. ("NPR, Inc.")." [14]

*Contributions to Biden 2020: During Tenure as NPR Foundation Chair, McGinn Contributed to Joe Biden's Campaign*

"John McGinn was elected as the NPR Foundation Board of Trustees Chair for a term beginning in November 2019, which will also make him an ex officio director of the NPR Board." [15]

| Committee | Contributor | Employer | Occupation | Date | Amount |
|-----------|-------------|----------|------------|------|--------|
| BIDEN FOR PRESIDENT | MCGINN, JOHN | SELF EMPLOYED | SELF EMPLOYED | 4/22/2020 | 2800 |
| BIDEN FOR PRESIDENT | MCGINN, JOHN | SELF-EMPLOYED | CONSULTANT | 3/1/2020 | 2800 |

*5 Contributions to Democrats Identified NPR as McGinn's Employer in FEC Reports*

| Committee | Contributor | Employer | Occupation | Date | Amount |
|-----------|-------------|----------|------------|------|--------|
| GILLIBRAND 2020 | MCGINN, JOHN | NATIONAL PUBLIC RADIO FOUNDATION | VICE CHAIRMAN | 3/2/2019 | 2800 |
| GILLIBRAND FOR SENATE | MCGINN, JOHN | NATIONAL PUBLIC RADIO FOUNDATION | VICE CHAIRMAN | 8/11/2017 | 2700 |
| GILLIBRAND FOR SENATE | MCGINN, JOHN | NATIONAL PUBLIC RADIO FOUNDATION | VICE CHAIRMAN | 8/11/2017 | 2700 |
| SEAN PATRICK MALONEY FOR CONGRESS | MCGINN, JOHN | NPR | VICE-CHAIRMAN | 12/18/2019 | 2800 |
| SEAN PATRICK MALONEY FOR CONGRESS | MCGINN, JOHN | NPR | VICE-CHAIRMAN | 12/18/2019 | 2800 |

---

[13] NPR. (2021, November 18). NPR Board of Directors. https://www.npr.org/about-npr/182676957/npr-board-of-directors

[14] United States. Internal Revenue Service. (2022). Form 990: Return of organization exempt from income tax [PDF]. https://pdf.guidestar.org/PDF_Images/2022/521/795/2022-521795789-202342239349301404-9.pdf?_gl=1*1rlz1gy*_gcl_au*NDE5MTAyOTkyLjE3Mc2MDU1Njg.*_ga*MTc0NTA5NzAuMTcxNzYwNTU2OA..*_ga_5W8PXYYGBX*MTcxNzYwNTU2Ny4xLjEuMTcxNzYwNTcyNS42MC4wLjA[1]

[15] NPR. (2020, September 14). NPR Board Welcomes Newly Elected Directors. https://www.npr.org/about-npr/760503976/npr-board-welcomes-newly-elected-directors



## A REPORT BY THE UNITED STATES JUSTICE FOUNDATION

*Democrat Contributions: John McGinn Has Made 39 Contributions to Democrat Candidates, Including the Democratic National Committee, Biden for President, and Hillary Clinton for President, Totaling $90,237.50*

| Committee | Contributor | Employer | Occupation | Date | Amount |
|-----------|-------------|----------|------------|------|--------|
| SEAN PATRICK MALONEY FOR CONGRESS | MCGINN, JOHN | SELF | CONSULTANT | 8/3/2022 | 2900 |
| SEAN PATRICK MALONEY FOR CONGRESS | MCGINN, JOHN | SELF-EMPLOYED | CONSULTANT | 3/26/2021 | 2900 |
| SEAN PATRICK MALONEY FOR CONGRESS | MCGINN, JOHN | SELF-EMPLOYED | CONSULTANT | 3/26/2021 | 2900 |
| FUTURE FIRST LEADERSHIP PAC | MCGINN, JOHN | NONE | RETIRED | 1/31/2021 | 1000 |
| WARNOCK FOR GEORGIA | MCGINN, JOHN | NOT EMPLOYED | NOT EMPLOYED | 12/9/2020 | 2800 |
| JON OSSOFF FOR SENATE | MCGINN, JOHN | NOT EMPLOYED | NOT EMPLOYED | 12/7/2020 | 2800 |
| MAX ROSE FOR CONGRESS | MCGINN, JOHN | NONE | NOT EMPLOYED | 10/20/2020 | 2800 |
| ACTBLUE | MCGINN, JOHN | NOT EMPLOYED | NOT EMPLOYED | 10/19/2020 | 280 |
| BIDEN FOR PRESIDENT | MCGINN, JOHN | SELF EMPLOYED | SELF EMPLOYED | 4/22/2020 | 2800 |
| BIDEN FOR PRESIDENT | MCGINN, JOHN | SELF-EMPLOYED | CONSULTANT | 3/1/2020 | 2800 |
| WIN THE ERA PAC | MCGINN, JOHN | SELF-EMPLOYED | CONSULTANT | 1/8/2020 | 2800 |
| SEAN PATRICK MALONEY FOR CONGRESS | MCGINN, JOHN | NPR | VICE-CHAIRMAN | 12/18/2019 | 2800 |
| SEAN PATRICK MALONEY FOR CONGRESS | MCGINN, JOHN | NPR | VICE-CHAIRMAN | 12/18/2019 | 2800 |
| GILLIBRAND 2020 | MCGINN, JOHN | NATIONAL PUBLIC RADIO FOUNDATION | VICE CHAIRMAN | 3/2/2019 | 2800 |
| ACTBLUE | MCGINN, JOHN | NOT EMPLOYED | NOT EMPLOYED | 3/2/2019 | 280 |
| KEN HARBAUGH FOR CONGRESS | MCGINN, JOHN | N/A | NOT EMPLOYED | 2/8/2018 | 62.5 |
| SERVE AMERICA VICTORY FUND | MCGINN, JOHN | N/A | NOT EMPLOYED | 2/8/2018 | 1000 |
| GILLIBRAND FOR SENATE | MCGINN, JOHN | NATIONAL PUBLIC RADIO FOUNDATION | VICE CHAIRMAN | 8/11/2017 | 2700 |
| GILLIBRAND FOR SENATE | MCGINN, JOHN | NATIONAL PUBLIC RADIO FOUNDATION | VICE CHAIRMAN | 8/11/2017 | 2700 |
| SEAN PATRICK MALONEY FOR CONGRESS | MCGINN, JOHN | RETIRED | RETIRED | 3/3/2017 | 2700 |
| SEAN PATRICK MALONEY FOR CONGRESS | MCGINN, JOHN | RETIRED | RETIRED | 3/3/2017 | 2700 |
| HILLARY FOR AMERICA | MCGINN, JOHN | SELF-EMPLOYED | CONSULTANT | 11/6/2016 | 2700 |
| SEAN PATRICK MALONEY FOR CONGRESS | MCGINN, JOHN | NONE | NONE | 6/29/2015 | 2700 |
| SEAN PATRICK MALONEY FOR CONGRESS | MCGINN, JOHN | NONE | NONE | 6/29/2015 | 2700 |
| HILLARY FOR AMERICA | MCGINN, JOHN | SELF-EMPLOYED | CONSULTANT | 6/2/2015 | 2700 |



| Committee | Contributor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| OFF THE SIDELINES PAC | MCGINN, JOHN | SELF EMPLOYED | ENTREPRENEUR INVESTOR | 8/11/2014 | 5000 |
| ACTBLUE | MCGINN, JOHN | SELF | CONSULTANT | 3/14/2013 | 15 |
| SEAN ELDRIDGE FOR CONGRESS | MCGINN, JOHN | SELF EMPLOYED | CONSULTANT | 3/14/2013 | 2600 |
| SEAN ELDRIDGE FOR CONGRESS | MCGINN, JOHN | SELF EMPLOYED | CONSULTANT | 3/14/2013 | 2600 |
| SEAN PATRICK MALONEY FOR CONGRESS | MCGINN, JOHN | NONE | NONE | 3/6/2013 | 2600 |
| SEAN PATRICK MALONEY FOR CONGRESS | MCGINN, JOHN | NONE | NONE | 3/6/2013 | 2600 |
| GILLIBRAND FOR SENATE | MCGINN, JOHN | SELF EMPLOYED | ENTREPRENEUR INVESTOR | 6/12/2012 | 2500 |
| GILLIBRAND FOR SENATE | MCGINN, JOHN | SELF EMPLOYED | ENTREPRENEUR INVESTOR | 6/12/2012 | 2500 |
| BOB MASSIE FOR US SENATE | MCGINN, JOHN | SELF | CONSULTING | 6/20/2011 | 1000 |
| GILLIBRAND FOR SENATE | MCGINN, JOHN | SELF EMPLOYED | ENTREPRENEUR | 10/15/2010 | 2400 |
| HILLARY CLINTON FOR PRESIDENT | MCGINN, JOHN | CITIGROUP | BANKING | 2/7/2008 | 2300 |
| FRIENDS OF HILLARY | MCGINN, JOHN | CITIGROUP | | 6/2/2004 | 2000 |
| FRIENDS OF HILLARY | MCGINN, JOHN | CITIGROUP | | 6/2/2004 | 2000 |
| JOHN KERRY FOR PRESIDENT, INC | MCGINN, JOHN | CITIGROUP | BANKING | 3/8/2004 | 2000 |

## Case #3: Scott Donaton: Member of NPR Board of Directors

"Scott Donaton serves as a member of the NPR Board of Directors, which is responsible for the governance of our 501(c)(3) nonprofit corporation. The Board sets the policies and overall direction for NPR management, monitors the performance of NPR, and provides financial oversight."[16]

*Scott Donaton Has Contributed to Joe Biden's Campaigns*

| Committee | Contributor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| BIDEN FOR PRESIDENT | DONATON, SCOTT | DIGITAS | MARKETING | 10/14/2020 | 25 |
| BIDEN FOR PRESIDENT | DONATON, SCOTT | DIGITAS | MARKETING | 10/1/2020 | 25 |
| BIDEN FOR PRESIDENT | DONATON, SCOTT | DIGITAS | MARKETING | 10/6/2020 | 15 |
| BIDEN FOR PRESIDENT | DONATON, SCOTT | DIGITAS | MARKETING | 9/30/2020 | 250 |
| ACTBLUE EARMARKED FOR BIDEN VICTORY FUND | DONATON, SCOTT | HULU | MARKETING | 10/1/2020 | 25 |

---

[16] NPR. (2021, November 18). NPR Board of Directors. https://www.npr.org/about-npr/182676957/npr-board-of-directors



| | | | | | |
|---|---|---|---|---|---|
| ACTBLUE EARMARKED FOR BIDEN FOR PRESIDENT | DONATON, SCOTT | HULU | MARKETING | 10/14/2020 | 25 |
| BIDEN FOR PRESIDENT | DONATON, SCOTT | DIGITAS | MARKETING | 10/25/2020 | 50 |
| ACTBLUE EARMARKED FOR BIDEN FOR PRESIDENT | DONATON, SCOTT | HULU | MARKETING | 10/25/2020 | 50 |
| ACTBLUE EARMARKED FOR BIDEN VICTORY FUND | DONATON, SCOTT | HULU | MARKETING | 10/6/2020 | 15 |

*Democrat Contributions: Scott Donaton Has Made 36 Contributions to Democrat Candidates, Including the Democratic National Committee, Biden for President, and Hillary Clinton for President*

| Committee | Contributor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| HILLARY FOR AMERICA | DONATON, SCOTT | DIGITAS | ENTERTAINMENT, MARKETING | 10/15/2016 | 200 |
| HILLARY FOR AMERICA | DONATON, SCOTT | DIGITAS | ENTERTAINMENT, MARKETING | 10/14/2016 | 100 |
| HILLARY FOR AMERICA | DONATON, SCOTT | DIGITAS | ENTERTAINMENT, MARKETING | 9/18/2016 | 100 |
| HILLARY FOR AMERICA | DONATON, SCOTT | DIGITAS | ENTERTAINMENT, MARKETING | 10/9/2016 | 100 |
| HILLARY FOR AMERICA | DONATON, SCOTT | DIGITAS | ENTERTAINMENT, MARKETING | 9/30/2016 | 100 |
| HILLARY FOR AMERICA | DONATON, SCOTT | DIGITAS | ENTERTAINMENT, MARKETING | 9/26/2016 | 25 |
| HILLARY FOR AMERICA | DONATON, SCOTT | DIGITAS | ENTERTAINMENT, MARKETING | 11/5/2016 | 100 |
| HILLARY FOR AMERICA | DONATON, SCOTT | DIGITAS | ENTERTAINMENT, MARKETING | 11/7/2016 | 100 |
| HILLARY FOR AMERICA | DONATON, SCOTT | DIGITAS | ENTERTAINMENT, MARKETING | 11/6/2016 | 200 |
| HILLARY FOR AMERICA | DONATON, SCOTT | DIGITAS | ENTERTAINMENT MARKETING | 7/30/2016 | 100 |
| HILLARY FOR AMERICA | DONATON, SCOTT | DIGITAS | ENTERTAINMENT MARKETING | 7/25/2016 | 100 |
| HILLARY FOR AMERICA | DONATON, SCOTT | DIGITAS | ENTERTAINMENT, MARKETING | 8/16/2016 | 100 |
| HILLARY FOR AMERICA | DONATON, SCOTT | DIGITAS | ENTERTAINMENT, MARKETING | 8/31/2016 | 100 |
| HILLARY FOR AMERICA | DONATON, SCOTT | DIGITAS | ENTERTAINMENT MARKETING | 7/12/2016 | 500 |
| HILLARY FOR AMERICA | DONATON, SCOTT | DIGITAS | ENTERTAINMENT, MARKETING | 10/17/2016 | 10 |
| DNC SERVICES CORP./DEM. NAT'L COMMITTEE | DONATON, SCOTT | DIGITAS | MARKETING | 4/26/2018 | 151 |
| ACTBLUE: EARMARKED FOR DEMOCRATIC NATIONAL COMMITTEE | DONATON, SCOTT | DIGITAS | MARKETING | 6/8/2017 | 25 |
| ACTBLUE: EARMARKED FOR DEMOCRATIC NATIONAL COMMITTEE | DONATON, SCOTT | DIGITAS | MARKETING | 9/16/2018 | 151 |



| Committee | Contributor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| ACTBLUE: EARMARKED FOR DEMOCRATIC NATIONAL COMMITTEE | DONATON, SCOTT | DIGITAS | MARKETING | 3/31/2018 | 50 |
| ACTBLUE: EARMARKED FOR DEMOCRATIC NATIONAL COMMITTEE | DONATON, SCOTT | DIGITAS | MARKETING | 4/26/2018 | 151 |
| ACTBLUE | DONATON, SCOTT | DIGITAS | MARKETING | 3/31/2018 | 5 |
| DNC SERVICES CORP / DEMOCRATIC NATIONAL COMMITTEE | DONATON, SCOTT | DIGITAS | CREATIVE | 4/30/2019 | 201 |
| DNC SERVICES CORP / DEMOCRATIC NATIONAL COMMITTEE | DONATON, SCOTT | DIGITAS | MARKETING | 5/24/2020 | 250 |
| ACTBLUE EARMARKED FOR BIDEN FOR PRESIDENT | DONATON, SCOTT | HULU | MARKETING | 9/4/2020 | 15 |
| DNC SERVICES CORP / DEMOCRATIC NATIONAL COMMITTEE | DONATON, SCOTT | HULU | CREATIVE EXECUTIVE | 2/29/2020 | 250 |
| DNC SERVICES CORP / DEMOCRATIC NATIONAL COMMITTEE | DONATON, SCOTT | HULU | CREATIVE | 7/31/2020 | 500 |
| BIDEN FOR PRESIDENT | DONATON, SCOTT | DIGITAS | MARKETING | 10/14/2020 | 25 |
| BIDEN FOR PRESIDENT | DONATON, SCOTT | DIGITAS | MARKETING | 10/1/2020 | 25 |
| BIDEN FOR PRESIDENT | DONATON, SCOTT | DIGITAS | MARKETING | 10/6/2020 | 15 |
| BIDEN FOR PRESIDENT | DONATON, SCOTT | DIGITAS | MARKETING | 9/30/2020 | 250 |
| ACTBLUE EARMARKED FOR BIDEN VICTORY FUND | DONATON, SCOTT | HULU | MARKETING | 10/1/2020 | 25 |
| ACTBLUE EARMARKED FOR BIDEN FOR PRESIDENT | DONATON, SCOTT | HULU | MARKETING | 10/14/2020 | 25 |
| ACTBLUE EARMARKED FOR VOTER PROTECTION PROJECT | DONATON, SCOTT | HULU | MARKETING | 9/30/2020 | 100 |
| BIDEN FOR PRESIDENT | DONATON, SCOTT | DIGITAS | MARKETING | 10/25/2020 | 50 |
| ACTBLUE EARMARKED FOR BIDEN FOR PRESIDENT | DONATON, SCOTT | HULU | MARKETING | 10/25/2020 | 50 |
| ACTBLUE EARMARKED FOR BIDEN VICTORY FUND | DONATON, SCOTT | HULU | MARKETING | 10/6/2020 | 15 |

## Case #4: Matthew Barzun - Member of NPR Board of Directors

"Matthew Barzun serves as a member of the NPR Board of Directors, which is responsible for the governance of our 501(c)(3) nonprofit corporation. The Board sets the policies and overall direction for NPR management, monitors the performance of NPR, and provides financial oversight."[17]

---

[17] NPR. (2021, November 18). NPR Board of Directors. https://www.npr.org/about-npr/182676957/npr-board-of-directors



*Barzun Classified as Major Democrat Bundler, Obama-Biden Appointee, and Former National Finance Chair for Obama-Biden Campaign & Raised $1.2 Million for Obama-Biden Campaign*

Matthew Winthrop Barzun served as National Finance Chair for Obama's 2012 campaign. Barzun is a two-time Obama-Biden appointee: as both the ambassador to Sweden [18] and as the ambassador to the United Kingdom. These appointments were made after Barzun raised more than $1.2 Million in campaign contributions for the Obama-Biden campaign. [19]

*Barzun Major Donor to Democrat Campaigns: $347,200 in Nearly 100 Direct Contributions*

| Committee | Contributor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| AMERICAN POSSIBILITIES PAC | BARZUN, MATTHEW | OBAMA FOR AMERICA | NATIONAL FINANCE CHAIR | 6/7/2018 | 5000 |
| AMY MCGRATH FOR CONGRESS | BARZUN, MATTHEW | SELF | PHILANTHROPIST | 6/28/2018 | 2700 |
| AMY MCGRATH FOR SENATE, INC. | BARZUN, MATTHEW | SELF-EMPLOYED | PUBLISHER | 5/7/2020 | 2000 |
| AMY MCGRATH FOR SENATE, INC. | BARZUN, MATTHEW | SELF-EMPLOYED | PUBLISHER | 7/13/2020 | 2800 |
| BETO FOR TEXAS | BARZUN, MATTHEW | SELF EMPLOYED | PHILANTHROPIST | 9/18/2018 | 2700 |
| BIDEN FOR PRESIDENT | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 4/25/2019 | 2800 |
| BIDEN FOR PRESIDENT | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 9/29/2020 | 2800 |
| BIDEN FOR PRESIDENT | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 9/29/2023 | 3300 |
| BIDEN FOR PRESIDENT | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 9/29/2023 | 3300 |
| BIDEN VICTORY FUND | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 9/29/2020 | 33500 |
| BIDEN VICTORY FUND | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 9/29/2023 | 10000 |
| BOOKER FOR KENTUCKY | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 4/14/2021 | 2900 |
| BOOKER FOR KENTUCKY | BARZUN, MATTHEW | SELF EMPLOYED | PUBLICIST | 9/24/2021 | 2900 |
| BOOKER FOR KENTUCKY | BARZUN, MATTHEW | NOT EMPLOYED | NOT EMPLOYED | 1/5/2023 | 1000 |
| BOOKER FOR THE PEOPLE, LTD | BARZUN, MATTHEW | SELF | PUBLISHER | 6/9/2020 | 2800 |
| BOOKER FOR THE PEOPLE, LTD | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 11/26/2020 | 5000 |
| BREDESEN FOR SENATE | BARZUN, MATTHEW | SELF EMPLOYED | PHILANTHROPIST | 3/20/2018 | 1000 |

---

[18] Charles Ray and Bob Silverman, "Qualified ambassadors – not campaign donors – should represent US", The Hill (Feb. 12, 2021), https://thehill.com/opinion/international/538574-qualified-ambassadors-not-campaign-donors-should-represent-us/

[19] Beckel, M., & Levine, C. (2024, April 8). Barack Obama's ambassador legacy: plum postings for big donors. Center for Public Integrity. https://publicintegrity.org/politics/barack-obamas-ambassador-legacy-plum-postings-for-big-donors/

| Committee | Contributor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| BRIAN FORDE FOR CONGRESS | BARZUN, MATTHEW | PHILANTHROPIST | SELF | 3/13/2018 | 500 |
| CAL FOR NC | BARZUN, MATTHEW | SELF EMPLOYED | PUBLISHER | 7/13/2020 | 1000 |
| CANON FOR INDIANA | BARZUN, MATTHEW | SELF EMPLOYED | PHILANTHROPIST | 9/29/2017 | 250 |
| CAVELL FOR CONGRESS | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 6/30/2020 | 500 |
| DAN FOR COLORADO | BARZUN, MATTHEW | DEPARTMENT OF STATE | FORMER U.S. AMBASSADOR | 7/20/2017 | 2700 |
| DAN FOR COLORADO | BARZUN, MATTHEW | DEPARTMENT OF STATE | FORMER U.S. AMBASSADOR | 7/20/2017 | 2700 |
| DAN FOR COLORADO | BARZUN, MATTHEW | NOT EMPLOYED | RETIRED | 6/5/2019 | 2800 |
| DAN FOR COLORADO | BARZUN, MATTHEW | NOT EMPLOYED | RETIRED | 6/5/2019 | 2800 |
| DEAN PHILLIPS FOR CONGRESS | BARZUN, MATTHEW | OBAMA CAMPAIGN | PHILANTHROPIST | 10/31/2017 | 1000 |
| DEAN PHILLIPS FOR CONGRESS | BARZUN, MATTHEW | OBAMA CAMPAIGN | PHILANTHROPIST | 6/21/2018 | 1000 |
| DELGADO FOR CONGRESS | BARZUN, MATTHEW | SELF EMPLOYED | PHILANTHROPIST | 9/15/2017 | 500 |
| DELGADO FOR CONGRESS | BARZUN, MATTHEW | SELF EMPLOYED | PHILANTHROPIST | 1/18/2018 | 500 |
| DELGADO FOR CONGRESS | BARZUN, MATTHEW | SELF | PHILANTHROPIST | 4/16/2018 | 1000 |
| DELGADO FOR CONGRESS | BARZUN, MATTHEW | SELF | PHILANTHROPIST | 5/24/2018 | 700 |
| DELGADO FOR CONGRESS | BARZUN, MATTHEW | SELF | PHILANTHROPIST | 9/17/2018 | 2700 |
| DELGADO FOR CONGRESS | BARZUN, MATTHEW | SELF | PHILANTHROPIST | 7/13/2020 | 2800 |
| DELGADO FOR CONGRESS | BARZUN, MATTHEW | SELF EMPLOYED | PUBLICIST | 6/28/2021 | 2800 |
| DEMOCRATIC GRASSROOTS VICTORY FUND | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | OWNER/ PUBLISHER | 10/15/2019 | 16600 |
| DNC SERVICES CORP / DEMOCRATIC NATIONAL COMMITTEE | BARZUN, MATTHEW | OBAMA FOR AMERICA | NATIONAL FINANCE CHAIR | 3/8/2019 | 5000 |
| DNC SERVICES CORP / DEMOCRATIC NATIONAL COMMITTEE | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | OWNER/ PUBLISHER | 10/15/2019 | 16600 |
| DNC SERVICES CORP / DEMOCRATIC NATIONAL COMMITTEE | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 9/29/2020 | 30700 |
| DNC SERVICES CORP / DEMOCRATIC NATIONAL COMMITTEE | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 9/29/2023 | 3400 |
| DONNELLY FOR INDIANA | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 1/30/2018 | 500 |
| DR. CAMERON WEBB FOR CONGRESS | BARZUN, MATTHEW | SELF EMPLOYED | PUBLISHER | 9/29/2020 | 1000 |

**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

| Committee | Contributor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| DR. CAMERON WEBB FOR CONGRESS | BARZUN, MATTHEW | SELF-EMPLOYED | PUBLISHER | 10/29/2020 | 1800 |
| ELISSA SLOTKIN FOR CONGRESS | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 7/12/2017 | 1000 |
| ELISSA SLOTKIN FOR CONGRESS | BARZUN, MATTHEW | SELF | PHILANTHROPIST | 10/1/2018 | 500 |
| ELISSA SLOTKIN FOR CONGRESS | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 2/21/2019 | 1000 |
| ELISSA SLOTKIN FOR MICHIGAN | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 7/21/2023 | 3300 |
| ELIZABETH FOR MA, INC | BARZUN, MATTHEW | SELF EMPLOYED | PHILANTHROPIST | 8/5/2018 | 2700 |
| ELIZABETH FOR MA, INC | BARZUN, MATTHEW | SELF EMPLOYED | PHILANTHROPIST | 8/5/2018 | 2700 |
| ELIZABETH WARREN ACTION FUND | BARZUN, MATTHEW | SELF EMPLOYED | PHILANTHROPIST | 8/1/2018 | 5400 |
| FRIENDS OF MARIA | BARZUN, MATTHEW | SELF EMPLOYED | PHILANTHROPIST | 8/15/2018 | 1000 |
| FRIENDS OF MARK WARNER | BARZUN, MATTHEW | SELF EMPLOYED | CONSULTANT | 5/26/2020 | 2500 |
| FRIENDS OF SHERROD BROWN | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 2/2/2018 | 500 |
| GABE AMO FOR CONGRESS | BARZUN, MATTHEW | SELF EMPLOYED | AUTHOR | 7/21/2023 | 500 |
| HALEY STEVENS FOR CONGRESS | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 9/29/2017 | 500 |
| HALEY STEVENS FOR CONGRESS | BARZUN, MATTHEW | PRESIDENTIAL INAUGURAL COMMITTEE | CO-CHAIR | 6/1/2018 | 500 |
| HALEY STEVENS FOR CONGRESS | BARZUN, MATTHEW | SELF-EMPLOYED | AUTHOR | 8/4/2023 | 500 |
| HEIDI FOR SENATE | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 9/18/2018 | 1000 |
| HICKENLOOPER FOR COLORADO | BARZUN, MATTHEW | SELF EMPLOYED | PUBLISHER | 6/5/2020 | 2800 |
| JIM GRAY FOR CONGRESS | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 12/15/2017 | 5400 |
| JIM GRAY FOR CONGRESS | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 12/15/2017 | 2700 |
| JIM GRAY FOR CONGRESS | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 12/15/2017 | -2700 |
| JIM GRAY FOR CONGRESS | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 6/22/2018 | -2700 |
| JOSH HICKS FOR CONGRESS | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 11/20/2019 | 2800 |
| JOSH HICKS FOR CONGRESS | BARZUN, MATTHEW | SELF-EMPLOYED | PUBLISHER | 6/10/2020 | 2800 |
| KAINE FOR VIRGINIA | BARZUN, MATTHEW | SELF EMPLOYED | INTERNET PUBLISHER | 2/12/2018 | 2700 |
| KAINE FOR VIRGINIA | BARZUN, MATTHEW | SELF EMPLOYED | INTERNET PUBLISHER | 9/19/2018 | 1000 |
| KAINE FOR VIRGINIA | BARZUN, MATTHEW | N/A | NOT EMPLOYED | 6/29/2023 | 3300 |
| KAINE FOR VIRGINIA | BARZUN, MATTHEW | N/A | NOT EMPLOYED | 6/29/2023 | 3300 |
| KENTUCKY STATE DEMOCRATIC | BARZUN, MATTHEW | BRICKPATH LLC | INTERNET PUBLISHING | 9/27/2017 | 10000 |



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

| Committee | Contributor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| CENTRAL EXECUTIVE COMMITTEE | | | | | |
| KENTUCKY STATE DEMOCRATIC CENTRAL EXECUTIVE COMMITTEE | BARZUN, MATTHEW | BRICKPATH LLC | INTERNET PUBLISHING | 1/19/2018 | 10000 |
| KENTUCKY STATE DEMOCRATIC CENTRAL EXECUTIVE COMMITTEE | BARZUN, MATTHEW | SELF | PUBLISHER | 11/4/2021 | 15000 |
| KENTUCKY STATE DEMOCRATIC CENTRAL EXECUTIVE COMMITTEE | BARZUN, MATTHEW | SELF | PUBLISHER | 9/27/2022 | 15000 |
| KENTUCKY STATE DEMOCRATIC CENTRAL EXECUTIVE COMMITTEE | BARZUN, MATTHEW | SELF EMPLOYED | PUBLISHER | 3/13/2023 | 15000 |
| KENTUCKY STATE DEMOCRATIC CENTRAL EXECUTIVE COMMITTEE | BARZUN, MATTHEW | SELF EMPLOYED | PUBLISHER | 3/13/2023 | -5000 |
| LIZ FOR INDIANA | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 8/12/2018 | 2700 |
| MANCHIN FOR WEST VIRGINIA | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 9/18/2018 | 1000 |
| MARK KELLY FOR SENATE | BARZUN, MATTHEW | SELF EMPLOYED | PHILANTHROPIST | 2/20/2019 | 2800 |
| MARK KELLY FOR SENATE | BARZUN, MATTHEW | SELF EMPLOYED | PHILANTHROPIST | 2/20/2019 | 2800 |
| MATT HAGGMAN FOR CONGRESS | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 1/19/2018 | 250 |
| MCCASKILL FOR MISSOURI | BARZUN, MATTHEW | SELF EMPLOYED | PHILANTHROPIST | 9/18/2018 | 2700 |
| MCGARVEY VICTORY FUND | BARZUN, MATTHEW | MATTHEW BARZUN | AUTHOR | 8/16/2023 | 6600 |
| MICHAEL BLAKE FOR CONGRESS | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 5/29/2019 | 2800 |
| MOLLY FOR VERMONT | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 1/29/2022 | 500 |
| MONTANANS FOR BULLOCK | BARZUN, MATTHEW | SELF EMPLOYED | PUBLISHER | 7/13/2020 | 1000 |
| MONTANANS FOR TESTER | BARZUN, MATTHEW | SELF | PHILANTHROPIST | 9/19/2018 | 1000 |
| MORGAN MCGARVEY FOR CONGRESS | BARZUN, MATTHEW | SELF | PUBLISHER | 11/10/2021 | 2900 |
| MORGAN MCGARVEY FOR CONGRESS | BARZUN, MATTHEW | SELF EMPLOYED | AUTHOR | 6/24/2022 | 2900 |
| MORGAN MCGARVEY FOR CONGRESS | BARZUN, MATTHEW | SELF EMPLOYED | AUTHOR | 8/16/2023 | 3300 |
| MORGAN MCGARVEY FOR CONGRESS | BARZUN, MATTHEW | SELF EMPLOYED | AUTHOR | 8/16/2023 | 3300 |
| MOSER FOR CONGRESS | BARZUN, MATTHEW | SELF EMPLOYED | PHILANTHORPIST | 3/20/2018 | 500 |



## A REPORT BY THE UNITED STATES JUSTICE FOUNDATION

| Committee | Contributor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| QUARTEY FOR CONGRESS | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 6/18/2021 | 1000 |
| RUFUS GIFFORD FOR CONGRESS | BARZUN, MATTHEW | SELF EMPLOYED | PHILANTHROPIST | 11/14/2017 | 2700 |
| RUFUS GIFFORD FOR CONGRESS | BARZUN, MATTHEW | SELF EMPLOYED | PHILANTHROPIST | 11/14/2017 | 2700 |
| SARA GIDEON FOR MAINE | BARZUN, MATTHEW | SELF EMPLOYED | PUBLISHER | 7/13/2020 | 1000 |
| SPANBERGER FOR CONGRESS | BARZUN, MATTHEW | SELF EMPLOYED | PUBLISHER | 9/29/2020 | 1000 |
| TIM RYAN FOR OHIO | BARZUN, MATTHEW | SELF EMPLOYED | AUTHOR | 6/14/2022 | 2900 |
| YARMUTH FOR CONGRESS | BARZUN, MATTHEW | SELF | PHILANTHROPIST | 10/17/2018 | 2700 |
| YARMUTH FOR CONGRESS | BARZUN, MATTHEW | SELF | PUBLISHER, LOUISVILLE MAGAZINE | 3/13/2020 | 2800 |
| | | | | | $347,200.00 |

### Barzun: Major Donor to Biden for President: $55,700

| Committee | Contributor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| BIDEN FOR PRESIDENT | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 4/25/2019 | 2800 |
| BIDEN FOR PRESIDENT | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 9/29/2020 | 2800 |
| BIDEN FOR PRESIDENT | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 9/29/2023 | 3300 |
| BIDEN FOR PRESIDENT | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 9/29/2023 | 3300 |
| BIDEN VICTORY FUND | BARZUN, MATTHEW | SELF-EMPLOYED | PHILANTHROPIST | 9/29/2020 | 33500 |
| BIDEN VICTORY FUND | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 9/29/2023 | 10000 |

### $20,000 in Campaign Contributions to Biden & DNC Just 2 Weeks After Appointment to NPR Board of Directors

| Committee | Contributor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| BIDEN VICTORY FUND | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 9/29/2023 | 10000 |
| BIDEN FOR PRESIDENT | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 9/29/2023 | 3300 |
| BIDEN FOR PRESIDENT | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 9/29/2023 | 3300 |
| DNC SERVICES CORP / DEMOCRATIC NATIONAL COMMITTEE | BARZUN, MATTHEW | LOUISVILLE MAGAZINE | PUBLISHER | 9/29/2023 | 3400 |



## Case #5: Shawn Turner – Member of NPR Board of Directors

"Shawn Turner serves as a member of the NPR Board of Directors, which is responsible for the governance of our 501(c)(3) nonprofit corporation. The Board sets the policies and overall direction for NPR management, monitors the performance of NPR, and provides financial oversight."[20]

### *Turner Previously Served as Biden Administration Appointee*
In 2021, Shawn Turner was appointed to the Biden administration as Senior Advisor for Strategic Engagement to the U.S. Secretary of Veterans Affairs.[21]

### *Turner Previously Held Numerous Positions in the Obama-Biden White House*
Shawn Turner previously served as director of communication for U.S. national intelligence, at the Office of the Director of National Intelligence, assistant press secretary for foreign affairs at the National Security Council, and deputy White House press secretary for national security during the Obama administration.[22]

### *Democrat Contributions: Turner Has Contributed $1795 to Democrat Campaigns Including Biden for President*

| Committee | Contributor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| ELISSA SLOTKIN FOR CONGRESS | TURNER, SHAWN | MICHIGAN STATE UNIVERSITY | PROFESSOR | 10/15/2019 | 500 |
| BIDEN FOR PRESIDENT | TURNER, SHAWN | MICHIGAN STATE UNIVERSITY | PROFESSOR | 8/19/2020 | 500 |
| ELISSA SLOTKIN FOR CONGRESS | TURNER, SHAWN | MICHIGAN STATE UNIVERSITY | PROFESSOR | 6/30/2020 | 500 |
| ACTBLUE | TURNER, SHAWN | MICHIGAN STATE UNIVERSITY | PROFESSOR | 6/30/2020 | 20 |
| ACTBLUE | TURNER, SHAWN | MICHIGAN STATE UNIVERSITY | PROFESSOR | 8/19/2020 | 25 |
| ELISSA SLOTKIN FOR CONGRESS | TURNER, SHAWN | MICHIGAN STATE UNIVERSITY | PROFESSOR | 7/18/2020 | 250 |

---

[20] NPR. (2021, November 18). NPR Board of Directors. https://www.npr.org/about-npr/182676957/npr-board-of-directors
[21] Michigan State University College of Communication Arts and Sciences. (2021, March 1). MSU Professor Shawn Turner accepts advisory role for presidential cabinet. https://comartsci.msu.edu/about/newsroom/news/msu-professor-shawn-turner-accepts-advisory-role-presidential-cabinet
[22] German Marshall Fund of the United States. (2023, May 11). German Marshall Fund of the United States announces changes to board of trustees. https://www.gmfus.org/news/german-marshall-fund-united-states-announces-changes-board-trustees



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

Source: Federal Election Commission, Individual Donor Database, Retrieved June 1, 2024

### Case #6: R.C. McBride - Member of NPR Board of Directors

"R.C. McBride, the General Manager, WGLT and WCBU, serves as a member of the NPR Board of Directors, which is responsible for the governance of our 501(c)(3) nonprofit corporation. The Board sets the policies and overall direction for NPR management, monitors the performance of NPR, and provides financial oversight."[23]

*McBride Has Contributed to Joe Biden's Campaigns*

| CONTRIBUTOR | EMPLOYER | OCCUPATION | DATE | AMOUNT | MEMO |
| --- | --- | --- | --- | --- | --- |
| MCBRIDE, RAYMOND (R.C,) | ILLINOIS STATE UNIVERSITY | ADMINISTRATOR | 10/26/2020 | 25 | EARMARKED FOR BIDEN FOR PRESIDENT (C00703975) |
| MCBRIDE, RAYMOND (R.C,) | ILLINOIS STATE UNIVERSITY | ADMINISTRATOR | 10/31/2020 | 25 | EARMARKED FOR BIDEN FOR PRESIDENT (C00703975) |

*McBride Has Made 23 Contributions to the Biden Campaign or Democratic Congressional Campaign Committee*
All contributions are made to ActBlue with the same address in Normal, Illinois.

| CONTRIBUTOR | EMPLOYER | OCCUPATION | DATE | AMOUNT | MEMO |
| --- | --- | --- | --- | --- | --- |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 3/24/2016 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 7/21/2016 | 8 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 7/21/2016 | 0.8 | CONTRIBUTION TO ACTBLUE |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 7/24/2016 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 5/24/2016 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 8/24/2016 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 9/24/2016 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 11/24/2016 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 10/24/2016 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 12/24/2016 | 5 | EARMARKED FOR DCCC (C00000935) |

---

[23] NPR. (2021, November 18). NPR Board of Directors. https://www.npr.org/about-npr/182676957/npr-board-of-directors



| CONTRIBUTOR | EMPLOYER | OCCUPATION | DATE | AMOUNT | MEMO |
|---|---|---|---|---|---|
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 4/24/2016 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 6/24/2016 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 6/29/2016 | 3 | EARMARKED FOR DSCC (C00042366) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 8/24/2017 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 7/24/2017 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 3/24/2017 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 5/24/2017 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 4/24/2017 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 6/24/2017 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 1/24/2017 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND | ILLINOIS STATE UNIVERSITY | MARKETING | 2/24/2017 | 5 | EARMARKED FOR DCCC (C00000935) |
| MCBRIDE, RAYMOND (R.C,) | ILLINOIS STATE UNIVERSITY | ADMINISTRATOR | 10/26/2020 | 25 | EARMARKED FOR BIDEN FOR PRESIDENT (C00703975) |
| MCBRIDE, RAYMOND (R.C,) | ILLINOIS STATE UNIVERSITY | ADMINISTRATOR | 10/31/2020 | 25 | EARMARKED FOR BIDEN FOR PRESIDENT (C00703975) |

24

## Case #7: Catherine Levene- Member of NPR Board of Directors

"Catherine Levene, who previously worked as President of the National Media Group at Meredith Corporation, serves as a member of the NPR Board of Directors, which is responsible for the governance of our 501(c)(3) nonprofit corporation. The Board sets the policies and overall direction for NPR management, monitors the performance of NPR, and provides financial oversight."[25]

*Levene Contributed to Joe Biden's Campaigns*

| Committee | Donor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| BIDEN FOR PRESIDENT | LEVENE, CATHERINE | MEREDITH CORPORATION | EXECUTIVE | 10/2/2020 | 1000 |
| BIDEN FOR PRESIDENT | LEVENE, CATHERINE | MEREDITH CORPORATION | EXECUTIVE | 8/27/2020 | 1000 |
| BIDEN VICTORY FUND | LEVENE, CATHERINE | MEREDITH CORPORATION | EXECUTIVE | 8/27/2020 | 1000 |

---

[24] Source: Federal Election Commission, Individual Donor Database, Retrieved June 1, 2024
[25] NPR. (2021, November 18). NPR Board of Directors. https://www.npr.org/about-npr/182676957/npr-board-of-directors



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

| | | | | | |
|---|---|---|---|---|---|
| BIDEN VICTORY FUND | LEVENE, CATHERINE | MEREDITH CORPORATION | EXECUTIVE | 10/2/2020 | 1000 |
| OBAMA FOR AMERICA | LEVENE, CATHERINE | DAILY CANDY | COO | 5/22/2007 | 500 |
| OBAMA FOR AMERICA | LEVENE, CATHERINE | DAILY CANDY INC | COO | 10/6/2008 | 225 |

*Levene Has Made 62 Contributions to Democrat Campaigns*

| Committee | Donor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| EARMARKED FOR FOSTER CAMPBELL FOR THE US SENATE | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 11/14/2016 | 50 |
| EARMARKED FOR DCCC | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 6/28/2017 | 25 |
| EARMARKED FOR JON OSSOFF FOR CONGRESS | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 4/20/2017 | 25 |
| EARMARKED FOR DCCC | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 3/28/2017 | 25 |
| EARMARKED FOR DCCC | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 10/28/2017 | 25 |
| EARMARKED FOR JON OSSOFF FOR CONGRESS | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 5/18/2017 | 15 |
| CONTRIBUTION TO ACTBLUE | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 12/12/2017 | 2.5 |
| EARMARKED FOR DCCC | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 1/28/2017 | 25 |
| EARMARKED FOR DCCC | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 10/31/2018 | 25 |
| EARMARKED FOR JON OSSOFF FOR CONGRESS | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 5/25/2017 | 15 |
| EARMARKED FOR DCCC | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 2/17/2017 | 25 |
| EARMARKED FOR DCCC | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 8/28/2017 | 25 |
| EARMARKED FOR DCCC | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 9/28/2017 | 25 |
| EARMARKED FOR DCCC | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 2/28/2017 | 25 |
| EARMARKED FOR JON OSSOFF FOR CONGRESS (C00630426) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 6/20/2017 | 25 |
| EARMARKED FOR JON OSSOFF FOR CONGRESS (C00630426) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 5/20/2017 | 25 |
| EARMARKED FOR DCCC (C00000935) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 5/28/2017 | 25 |
| EARMARKED FOR DCCC (C00000935) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 1/28/2018 | 25 |
| EARMARKED FOR DCCC (C00000935) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 7/28/2017 | 25 |
| EARMARKED FOR JON OSSOFF FOR CONGRESS (C00630426) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 2/20/2017 | 25 |
| EARMARKED FOR JON OSSOFF FOR CONGRESS (C00630426) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 3/20/2017 | 25 |
| EARMARKED FOR DCCC (C00000935) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 4/28/2017 | 25 |
| EARMARKED FOR JON OSSOFF FOR CONGRESS (C00630426) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 6/8/2017 | 15 |



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

| Committee | Donor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| EARMARKED FOR DCCC (C00000935) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 5/28/2018 | 25 |
| EARMARKED FOR DCCC (C00000935) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 2/28/2018 | 25 |
| EARMARKED FOR DCCC (C00000935) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 1/29/2017 | 35 |
| EARMARKED FOR JON OSSOFF FOR CONGRESS (C00630426) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 6/15/2017 | 15 |
| EARMARKED FOR DCCC (C00000935) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 2/28/2017 | 15 |
| EARMARKED FOR DCCC (C00000935) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 11/28/2017 | 25 |
| EARMARKED FOR DOUG JONES FOR US SENATE (C00640623) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 12/5/2017 | 25 |
| EARMARKED FOR BETO FOR TEXAS (C00501197) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 9/21/2018 | 50 |
| EARMARKED FOR JON OSSOFF FOR CONGRESS (C00630426) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 6/1/2017 | 15 |
| CONTRIBUTION TO ACTBLUE | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 2/17/2017 | 2.5 |
| EARMARKED FOR MIKIE SHERRILL FOR CONGRESS (C00640003) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 6/18/2018 | 100 |
| EARMARKED FOR DCCC (C00000935) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 3/28/2018 | 25 |
| EARMARKED FOR DCCC (C00000935) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 4/28/2018 | 25 |
| EARMARKED FOR DCCC (C00000935) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 11/30/2018 | 25 |
| CONTRIBUTION TO ACTBLUE | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 12/5/2017 | 2.5 |
| EARMARKED FOR DOUG JONES FOR US SENATE (C00640623) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 12/12/2017 | 25 |
| EARMARKED FOR DCCC (C00000935) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 12/28/2017 | 25 |
| CONTRIBUTION TO ACTBLUE | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 10/11/2020 | 10 |
| EARMARKED FOR PROGRESSIVE TURNOUT PROJECT (C00580068) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 10/11/2020 | 100 |
| CONTRIBUTION TO ACTBLUE | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 10/11/2020 | 10 |
| EARMARKED FOR PROGRESSIVE TURNOUT PROJECT (C00580068) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 10/11/2020 | 100 |
| CONTRIBUTION TO ACTBLUE | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 10/10/2020 | 10 |
| EARMARKED FOR DEMOCRATIC NATIONAL COMMITTEE (C00010603) | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 12/28/2020 | 100 |
| BIDEN FOR PRESIDENT | LEVENE, CATHERINE | MEREDITH CORPORATION | EXECUTIVE | 10/2/2020 | 1000 |
| BIDEN FOR PRESIDENT | LEVENE, CATHERINE | MEREDITH CORPORATION | EXECUTIVE | 8/27/2020 | 1000 |
| BIDEN VICTORY FUND | LEVENE, CATHERINE | MEREDITH CORPORATION | EXECUTIVE | 8/27/2020 | 1000 |



| Committee | Donor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| BIDEN VICTORY FUND | LEVENE, CATHERINE | MEREDITH CORPORATION | EXECUTIVE | 10/2/2020 | 1000 |
| DCCC | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 11/28/2017 | 25 |
| DCCC | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 10/29/2017 | 25 |
| DCCC | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 8/28/2017 | 25 |
| DCCC | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 12/28/2017 | 25 |
| DCCC | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 9/28/2017 | 25 |
| DCCC | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 7/30/2017 | 25 |
| DNC SERVICES CORP / DEMOCRATIC NATIONAL COMMITTEE | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 10/11/2020 | 250 |
| DNC SERVICES CORP / DEMOCRATIC NATIONAL COMMITTEE | LEVENE, CATHERINE | CAT PERKINS | CO FOUNDER | 12/31/2020 | 100 |
| LASRY FOR WISCONSIN | LEVENE, CATHERINE | MEREDITH CORPORATION | PRESIDENT | 7/25/2021 | 500 |
| OBAMA FOR AMERICA | LEVENE, CATHERINE | DAILY CANDY | COO | 5/22/2007 | 500 |
| OBAMA FOR AMERICA | LEVENE, CATHERINE | DAILY CANDY INC | COO | 10/6/2008 | 225 |
| STACEY LAWSON FOR CONGRESS | LEVENE, CATHERINE A. | ARTSPACE MARKETPLACE, INC./CHIEF EX | CHIEF EXECUTIVE OFFICER | 9/27/2011 | 500 |
|  |  |  |  |  | 7562.5 |

## Case #8: Neal Zuckerman - Member of NPR Board of Directors

"Neal Zuckerman, a Senior Partner and Managing Director in the New York office of the Boston Consulting Group, serves as a member of the NPR Board of Directors, which is responsible for the governance of our 501(c)(3) nonprofit corporation. The Board sets the policies and overall direction for NPR management, monitors the performance of NPR, and provides financial oversight."[26]

*Zuckerman Has Contributed to Joe Biden's Campaigns*

| Committee | Contributor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| ACTBLUE-EARMARKED FOR BIDEN FOR PRESIDENT | ZUCKERMAN, NEAL | BCG | MGT CONSULTANT | 4/25/2019 | 50 |
| ACTBLUE-EARMARKED FOR BIDEN FOR PRESIDENT | ZUCKERMAN, NEAL | BCG | MGT CONSULTANT | 4/25/2019 | 5 |

---

[26] NPR. (2021, November 18). NPR Board of Directors. https://www.npr.org/about-npr/182676957/npr-board-of-directors



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

| | | | | | |
|---|---|---|---|---|---|
| ACTBLUE-EARMARKED FOR WARREN FOR PRESIDENT, INC. | ZUCKERMAN, NEAL | BCG | MGT CONSULTANT | 7/31/2019 | 100 |
| ACTBLUE-EARMARKED FOR CONOLE FOR CONGRESS | ZUCKERMAN, NEAL | BCG | MEDIA ADVISOR | 12/14/2021 | 100 |
| ACTBLUE-EARMARKED FOR MALONEY VICTORY FUND | ZUCKERMAN, NEAL | BCG | MEDIA ADVISOR | 10/25/2022 | 100 |
| BIDEN ACTION FUND | ZUCKERMAN, NEAL | BCG | ADVISOR | 3/7/2024 | 1000 |
| BIDEN FOR PRESIDENT | ZUCKERMAN, NEAL | BCG | ADVISOR | 3/7/2024 | 1000 |
| BIDEN FOR PRESIDENT | ZUCKERMAN, NEAL | BCG | ADVISOR | 3/8/2024 | 500 |
| BIDEN VICTORY FUND | ZUCKERMAN, NEAL | BCG | ADVISOR | 3/8/2024 | 500 |

*Democrat Contributions: Neal Zuckerman Has Made 36 Contributions to Democrat Campaigns, Including Obama-Biden, Totaling $28,805*

| Committee | Contributor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| ACTBLUE-EARMARKED FOR HELMER FOR CONGRESS | ZUCKERMAN, NEAL | BCG | CONSULTANT | 10/23/2017 | 100 |
| ACTBLUE-EARMARKED FOR BIDEN FOR PRESIDENT | ZUCKERMAN, NEAL | BCG | MGT CONSULTANT | 4/25/2019 | 50 |
| ACTBLUE-EARMARKED FOR BIDEN FOR PRESIDENT | ZUCKERMAN, NEAL | BCG | MGT CONSULTANT | 4/25/2019 | 5 |
| ACTBLUE-EARMARKED FOR WARREN FOR PRESIDENT, INC. | ZUCKERMAN, NEAL | BCG | MGT CONSULTANT | 7/31/2019 | 100 |
| ACTBLUE-EARMARKED FOR CONOLE FOR CONGRESS | ZUCKERMAN, NEAL | BCG | MEDIA ADVISOR | 12/14/2021 | 100 |
| ACTBLUE-EARMARKED FOR MALONEY VICTORY FUND | ZUCKERMAN, NEAL | BCG | MEDIA ADVISOR | 10/25/2022 | 100 |
| BIDEN ACTION FUND | ZUCKERMAN, NEAL | BCG | ADVISOR | 3/7/2024 | 1000 |
| BIDEN FOR PRESIDENT | ZUCKERMAN, NEAL | BCG | ADVISOR | 3/7/2024 | 1000 |
| BIDEN FOR PRESIDENT | ZUCKERMAN, NEAL | BCG | ADVISOR | 3/8/2024 | 500 |
| BIDEN VICTORY FUND | ZUCKERMAN, NEAL | BCG | ADVISOR | 3/8/2024 | 500 |
| FRIENDS OF MATT ALEXANDER | ZUCKERMAN, NEAL | DECISIX | CONSULTANT | 10/23/2011 | 250 |
| FRIENDS OF MATT ALEXANDER | ZUCKERMAN, NEAL | DECISIX | CONSULTANT | 3/2/2012 | 250 |
| GEORGE LATIMER FOR CONGRESS | ZUCKERMAN, NEAL | BCG | CONSULTANT | 3/28/2024 | 500 |
| GURFEIN FOR AMERICA | ZUCKERMAN, NEAL | BCG | PARTNER AND MANAGING DIRECTOR | 12/11/2015 | 500 |
| HELMER FOR CONGRESS | ZUCKERMAN, NEAL | BCG | ADVISOR | 1/17/2024 | 500 |
| HILLARY CLINTON FOR PRESIDENT | ZUCKERMAN, NEAL | BOSTON CONSULTING GROUP | CONSULTANT-PRINCIPAL | 9/29/2007 | 1000 |
| HILLARY FOR AMERICA | ZUCKERMAN, NEAL | BOSTON CONSULTING GROUP | MANAGEMENT CONSULTANT | 11/3/2016 | 2700 |



| HILLARY FOR AMERICA | ZUCKERMAN, NEAL | BOSTON CONSULTING GROUP | MANAGEMENT CONSULTANT | 4/27/2016 | 2700 |
|---|---|---|---|---|---|
| HILLARY VICTORY FUND | ZUCKERMAN, NEAL | BOSTON CONSULTING GROUP | MANAGEMENT CONSULTANT | 11/3/2016 | 2700 |
| JOHN HALL FOR CONGRESS | ZUCKERMAN, NEAL J | BOSTON CONSULTING GROUP | MANAGER | 7/19/2007 | 500 |
| JOHN HALL FOR CONGRESS | ZUCKERMAN, NEAL J | BOSTON CONSULTING GROUP | MANAGER | 9/5/2008 | 500 |
| JOHN HALL FOR CONGRESS | ZUCKERMAN, NEAL J | BOSTON CONSULTING GROUP | PRINCIPAL | 6/3/2009 | 500 |
| JOHN HALL FOR CONGRESS | ZUCKERMAN, NEAL J | BCG | PRINCIPAL | 9/14/2010 | 150 |
| MARK AMBROSE FOR CONGRESS | ZUCKERMAN, NEAL | BCG | MEDIA ADVISOR | 4/28/2022 | 2900 |
| OBAMA FOR AMERICA | ZUCKERMAN, NEAL | BCG | MANAGEMENT CONSULTANT | 9/5/2008 | 1150 |
| RICH BECKER FOR CONGRESS | ZUCKERMAN, NEAL J | BCG/MANAGEMENT CONSULTANT | MANAGEMENT CONSULTANT | 12/2/2011 | 250 |
| SEAN PATRICK MALONEY FOR CONGRESS | ZUCKERMAN, NEAL J | BOSTON CONSULTING GROUP | MANAGEMENT CONSULTANT | 8/27/2012 | 500 |
| SEAN PATRICK MALONEY FOR CONGRESS | ZUCKERMAN, NEAL J | BCG | PARTNER AND MANAGING DIRECTOR | 10/10/2014 | 500 |
| SEAN PATRICK MALONEY FOR CONGRESS | ZUCKERMAN, NEAL J | BOSTON CONSULTING GROUP | PARTNER AND MANAGING DIRECTOR | 3/26/2015 | 2700 |
| SEAN PATRICK MALONEY FOR CONGRESS | ZUCKERMAN, NEAL J | BOSTON CONSULTING GROUP | PARTNER AND MANAGING DIRECTOR | 1/19/2016 | 1000 |
| SEAN PATRICK MALONEY FOR CONGRESS | ZUCKERMAN, NEAL J | BOSTON CONSULTING GROUP | CONSULTANT | 9/29/2016 | 1000 |
| SEAN PATRICK MALONEY FOR CONGRESS | ZUCKERMAN, NEAL J | BOSTON CONSULTING GROUP | CONSULTANT | 9/29/2017 | 250 |
| SEAN PATRICK MALONEY FOR CONGRESS | ZUCKERMAN, NEAL J | BOSTON CONSULTING GROUP | CONSULTANT | 12/31/2021 | 1000 |
| SEAN PATRICK MALONEY FOR CONGRESS | ZUCKERMAN, NEAL J | BOSTON CONSULTING GROUP | CONSULTANT | 4/6/2021 | 250 |
| SEAN PATRICK MALONEY FOR CONGRESS | ZUCKERMAN, NEAL J | BCG | MEDIA ADVISOR | 8/17/2022 | 1000 |
| SEAN PATRICK MALONEY FOR CONGRESS | ZUCKERMAN, NEAL | BCG | MEDIA ADVISOR | 10/26/2022 | 100 |
| | | | | | 28805 |

## Case #9: Howard Wollner- Member of NPR Board of Directors

"Howard Wollner serves as a member of the NPR Board of Directors, which is responsible for the governance of our 501(c)(3) nonprofit corporation. The Board sets



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

the policies and overall direction for NPR management, monitors the performance of NPR, and provides financial oversight."[27]

*Democrat Contributions: Howard Wollner Has Made 18 Contributions to Democrat Campaigns, Including Obama-Biden, Totaling $15,950*

| Committee | Contributor | Employer | Occupation | Date | Amount |
|---|---|---|---|---|---|
| JOHN KERRY FOR PRESIDENT, INC | WOLLNER, HOWARD L | STARBUCKS COFFEE COMPANY | SENIOR VP | 6/18/2004 | 1000 |
| KERRY VICTORY 2004 | WOLLNER, HOWARD L | STARBUCKS COFFEE COMPANY | SENIOR VP | 6/18/2004 | 1000 |
| OBAMA FOR AMERICA | WOLLNER, HOWARD | NOT EMPLOYED | RETIRED | 8/25/2008 | 1000 |
| STACEY LAWSON FOR CONGRESS | WOLLNER, HOWARD | NONE/RETIRED | RETIRED | 3/8/2012 | 1000 |
| OBAMA FOR AMERICA | WOLLNER, HOWARD | NOT EMPLOYED | RETIRED | 8/6/2012 | 2500 |
| OBAMA VICTORY FUND 2012 | WOLLNER, HOWARD | NOT EMPLOYED | RETIRED | 8/6/2012 | 2500 |
| AMI BERA FOR CONGRESS | WOLLNER, HOWARD | N/A | NOT EMPLOYED | 8/4/2014 | 1000 |
| HILLARY FOR AMERICA | WOLLNER, HOWARD | N/A | RETIRED | 8/5/2016 | 500 |
| AMI BERA FOR CONGRESS | WOLLNER, HOWARD | N/A | NOT EMPLOYED | 10/24/2016 | 500 |
| HILLARY VICTORY FUND | WOLLNER, HOWARD | N/A | RETIRED | 8/5/2016 | 500 |
| WARNOCK FOR GEORGIA | WOLLNER, HOWARD | NOT EMPLOYED | NOT EMPLOYED | 11/18/2020 | 500 |
| GEORGIA SENATE VICTORY FUND | WOLLNER, HOWARD | NOT EMPLOYED | NOT EMPLOYED | 11/12/2020 | 1000 |
| CAL FOR NC | WOLLNER, HOWARD | NOT EMPLOYED | NOT EMPLOYED | 7/20/2020 | 1000 |
| CAL CUNNINGHAM VICTORY FUND | WOLLNER, HOWARD | NOT EMPLOYED | NOT EMPLOYED | 7/16/2020 | 1000 |
| SARA GIDEON FOR MAINE | WOLLNER, HOWARD | NOT EMPLOYED | RETIRED | 7/16/2020 | 250 |
| ACTBLUE | WOLLNER, HOWARD | NOT EMPLOYED | NOT EMPLOYED | 8/2/2020 | 100 |
| JON OSSOFF FOR SENATE | WOLLNER, HOWARD | NOT EMPLOYED | NOT EMPLOYED | 11/12/2020 | 500 |
| ACTBLUE | WOLLNER, HOWARD | NOT EMPLOYED | NOT EMPLOYED | 8/26/2022 | 100 |

## Case #10: Milena Alberti-Perez- Member of NPR Board of Directors

"Milena Alberti-Perez serves as a member of the NPR Board of Directors, which is responsible for the governance of our 501(c)(3) nonprofit corporation. The Board sets

---

[27] NPR. (2021, November 18). NPR Board of Directors. https://www.npr.org/about-npr/182676957/npr-board-of-directors



the policies and overall direction for NPR management, monitors the performance of NPR, and provides financial oversight."[28]

*Democrat Contributions: Alberti-Perez Has Contributed to Democrat Member of Congress*

| Committee | Contributor | Employer | Occupation | Date | Amount |
|-----------|-------------|----------|------------|------|--------|
| NADLER FOR CONGRESS | ALBERTI, MILENA | PENGUIN RANDOM HOUSE | PUBLISHING | 11/1/2016 | 300 |

## Case #11: Leroy Kim - Member of NPR Board of Directors

"Leroy Kim, the Managing Director of Allen & Company LLC, serves as a member of the NPR Board of Directors, which is responsible for the governance of our 501(c)(3) nonprofit corporation. The Board sets the policies and overall direction for NPR management, monitors the performance of NPR, and provides financial oversight."[29]

*Kim Has Made 3 Contributions to the Anti-Trump Candidate and Democrat Campaigns*

| Committee | Contributor | Employer | Occupation | Date | Amount |
|-----------|-------------|----------|------------|------|--------|
| LINDSEY BOYLAN FOR CONGRESS | KIM, LEROY | ALLEN & COMPANY | MERGERS & ACQUISITIONS | 6/14/2019 | 2800 |
| LINDSEY BOYLAN FOR CONGRESS | KIM, LEROY | ALLEN & COMPANY | MERGERS & ACQUISITIONS | 6/14/2019 | 2800 |
| HURD FOR AMERICA, INC. | KIM, LEROY | ALLEN & COMPANY | BANKER | 7/3/2023 | 3300 |

## Case #12: Judith Segura - Member of NPR Board of Directors

"Judith Segura, the lead thermal architect and expert in thermodynamics at Apple, Inc, serves as a member of the NPR Board of Directors, which is responsible for the governance of our 501(c)(3) nonprofit corporation. The Board sets the policies and overall direction for NPR management, monitors the performance of NPR, and provides financial oversight."[30]

*Segura Has Contributed to a Democrat Campaign*

| Committee | Contributor | Employer | Occupation | Date | Amount | Earmark |
|-----------|-------------|----------|------------|------|--------|---------|
| ACTBLUE | SEGURA, JUDITH | APPLE | ENGINEER | 3/14/2019 | 20 | EARMARKED FOR BETO FOR AMERICA (C00699090) |

---

[28] NPR. (2021, November 18). NPR Board of Directors. https://www.npr.org/about-npr/182676957/npr-board-of-directors
[29] NPR. (2021, November 18). NPR Board of Directors. https://www.npr.org/about-npr/182676957/npr-board-of-directors
[30] NPR. (2021, November 18). NPR Board of Directors. https://www.npr.org/about-npr/182676957/npr-board-of-directors



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

## NPR Fails to Operate Like a Typical News Organization

NPR fails to meet the standard for a press exemption because it does not operate like a typical news organization.

### NPR CEO Has No Journalism or News Experience

NPR has hired as its President and CEO, Katherine Maher, who has never worked in journalism. According to NPR: "Maher has never worked directly in journalism or at a news organization. That stands in contrast to many of her predecessors at NPR, including current CEO John Lansing, and her freshly appointed counterparts at CNN and the Washington Post."[31]

### Hiring of New NPR CEO Moving in Opposite Direction

In 2024, then-NPR journalist Uri Berliner criticized the hiring as moving NPR in the wrong direction away from ethical journalism.

"We're looking for a leader right now who's going to be unifying and bring more people into the tent and have a broader perspective on, sort of, what America is all about. And this seems to be the opposite of that." [32]

### Maher's Statements Conflict with Professional Journalist Code of Ethics

The Society of Professional Journalists publishes a Code of Ethics for professional journalists to follow. Journalists should "Seek Truth and Report It." [33]

---

[31] Folkenflik, D. (2024, January 24). NPR names tech executive Katherine Maher to lead in turbulent era. NPR. Retrieved from https://www.npr.org/2024/01/24/1226035539/npr-ceo-katherine-maher-wikimedia

[32] Strack, H. (2024, April 17). Veteran editor resigns from NPR, says new CEO's 'divisive' left-wing views confirm bombshell exposé. National Review. Retrieved from https://www.nationalreview.com/news/veteran-editor-resigns-from-npr-says-new-ceos-divisive-left-wing-views-confirm-accuracy-of-bombshell-expose/

[33] Society of Professional Journalists. (2014, September 6). SPJ Code of Ethics. Retrieved from https://www.spj.org/ethicscode.asp



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

In 2022, Maher made statements in direct opposition to this journalistic code of conduct. She said, "Our reverence for the truth might be a distraction that is getting in the way of finding common ground and getting things done."[34]

## NPR's New Editing Process, Funded by Anonymous Donor

According to published reports by the New York Times, following Maher's hiring, NPR implemented a new editing review process for stories that is being funded by an anonymous donor.

> One of NPR's most prominent hosts asked the company's top editor on Thursday to disclose the identity of an anonymous funder who is helping pay for a new layer of editing several weeks after the radio network faced a prominent accusation of having a liberal bias in its coverage.
>
> Michel Martin, a host of NPR's "Morning Edition," pressed Edith Chapin, NPR's chief content officer, to identify the source of the funding in an editorial meeting at the network's Washington headquarters, according to four people with knowledge of the exchange.
>
> Ms. Chapin declined to elaborate on the source of the money but said that it wouldn't be a surprise to NPR's editorial staff. Ms. Martin replied she would not accept that answer from a source, the people said.[35]

## NPR Does Not Abide By Professional Journalist Code Of Ethics: "Support The Open And Civil Exchange Of Views"

The Society of Professional Journalists publishes a Code of Ethics for professional journalists to follow. Journalists should "Support the open and civil exchange of views, even views they find repugnant."[36]

---

[34] Hains, T. (2024, April 17). NPR CEO Katherine Maher: A Reverence For The Truth Might Be Getting In The Way Of Getting Things Done. RealClearPolitics. Retrieved from https://www.realclearpolitics.com/video/2024/04/17/npr_ceo_katherine_maher_a_reverence_for_the_truth_might_be_getting_in_the_way_of_getting_things_done.html

[35] Mullin, Benjamin. "New Editing Layer Adds Angst Inside NPR." The New York Times, May 16, 2024. https://www.nytimes.com/2024/05/16/business/npr-editing-backstop.html

[36] Society of Professional Journalists. (2014, September 6). SPJ Code of Ethics. Retrieved from https://www.spj.org/ethicscode.asp



Then-NPR journalist Berliner describes how NPR's activities violate this code of conduct:

> "*An open-minded spirit no longer exists within NPR, and now, predictably, we don't have an audience that reflects America.* [37]

## NPR Does Not Abide By Professional Journalist Code Of Ethics: "Expose Unethical Conduct In Journalism, Including Within Their Organizations"

The Society of Professional Journalists publishes a Code of Ethics for professional journalists to follow. Journalists should "Expose unethical conduct in journalism, including within their organizations."[38]

Following then-NPR journalist Berliner's criticism of the organization, NPR responded by punishing him for his criticism. "NPR has formally punished Uri Berliner, the senior editor who publicly argued a week ago that the network had "lost America's trust" by approaching news stories with a rigidly progressive mindset. Berliner's five-day suspension without pay, which began last Friday, has not been previously reported."[39]

Eventually, Berliner resigned after being repeatedly attacked by NPR employees. "Veteran editor Uri Berliner has resigned from NPR, days after the outlet suspended him without pay for writing an essay exposing pervasive left-wing groupthink at the public radio network where he worked for more than two decades."[40]

---

[37] Berliner, U. (2024, April 9). I've Been at NPR for 25 Years. Here's How We Lost America's Trust. The Free Press. Retrieved from https://www.thefp.com/p/npr-editor-how-npr-lost-americas-trust

[38] Society of Professional Journalists. (2014, September 6). SPJ Code of Ethics. Retrieved from https://www.spj.org/ethicscode.asp

[39] Folkenflik, D. (2024, April 16). NPR suspends veteran editor as it grapples with his public criticism. NPR. Retrieved from https://www.npr.org/2024/04/16/1244962042/npr-editor-uri-berliner-suspended-essay

[40] Strack, H. (2024, April 17). Veteran editor resigns from NPR, says new CEO's 'divisive' left-wing views confirm bombshell exposé. National Review. Retrieved from https://www.nationalreview.com/news/veteran-editor-resigns-from-npr-says-new-ceos-divisive-left-wing-views-confirm-accuracy-of-bombshell-expose/



## Non-Exempt Activity: NPR's "Efforts to Damage or Topple Trump's Presidency"

### Exemption Does Not Protect Campaign Activity by a Press Entity

FEC Advisory Opinion 2023-10 clearly states: "While the press exemption covers press or media activity, it does not cover campaign activity, even if the campaign activity is conducted by a press entity." [41]

NPR's activity surrounding its treatment of political candidate Donald J. Trump constitutes campaign activity and, as such, requires proper campaign finance disclosure, campaign finance reporting, compliance with contribution limits.

### NPR Journalist: NPR's Activities "Veered Toward Efforts to Damage or Topple Trump's Presidency"

In April 2024, then-NPR employee Uri Berliner, a Peabody Award-winning journalist who worked at NPR for 25 years, published an essay describing extreme bias at NPR, its failure to abide by journalistic ethical standards, and a political operation to stop Donald Trump's presidential campaign.[42]

Berliner explains:

> *"Like many unfortunate things, the rise of advocacy took off with Donald Trump. As in many newsrooms, his election in 2016 was greeted at NPR with a mixture of disbelief, anger, and despair. (Just to note, I eagerly voted against Trump twice but felt we were obliged to cover him fairly.) But what began as tough, straightforward coverage of a belligerent, truth-impaired president veered toward efforts to damage or topple Trump's presidency."* [43]

---

[41] Federal Election Commission. (2023). Advisory opinion 2023-10 [PDF]. https://www.fec.gov/files/legal/aos/2023-10/2023-10.pdf
[42] Mullin, B., & Robertson, K. (2024, April 11). NPR faces criticism over perceived liberal bias. The New York Times. Retrieved from https://www.nytimes.com/2024/04/11/business/media/npr-criticism-liberal-bias.html
[43] Berliner, U. (2024, April 9). I've Been at NPR for 25 Years. Here's How We Lost America's Trust. The Free Press. Retrieved from https://www.thefp.com/p/npr-editor-how-npr-lost-americas-trust



This internal account of NPR operations, especially its "efforts to damage or topple Trump's presidency," would constitute reportable campaign activities as they are not typical journalistic activities nor do they qualify as a "legitimate press function."

## NPR Journalist: NPR's Actions Were Controlled by Political Figure Adam Schiff

Then-NPR journalist Berliner describes how NPR's activities were controlled by a political candidate and were effectively reprinting unsubstantiated propaganda – either action would disqualify those specific activities from protection under the press exemption.

NPR effectively published propaganda materials. According to the personal account of then-NPR journalist Berliner, NPR "hitched our wagon to Trump's most visible antagonist, Representative Adam Schiff… By my count, NPR hosts interviewed Schiff 25 times about Trump and Russia. During many of those conversations, Schiff alluded to purported evidence of collusion."

In effect, a political candidate, Adam Schiff, controlled NPR's coverage of Trump. Democrat Congressman and now-US Senate political candidate Adam Schiff "became NPR's guiding hand" and "its ever-present muse."  Berliner explains in full:

> *"Persistent rumors that the Trump campaign colluded with Russia over the election became the catnip that drove reporting. At NPR, we hitched our wagon to Trump's most visible antagonist, Representative Adam Schiff.  Schiff, who was the top Democrat on the House Intelligence Committee, became NPR's guiding hand, its ever-present muse. By my count, NPR hosts interviewed Schiff 25 times about Trump and Russia. During many of those conversations, Schiff alluded to purported evidence of collusion. The Schiff talking points became the drumbeat of NPR news reports. [44]*

## NPR Failed to Follow Journalistic Code of Ethics

The Society of Professional Journalists publishes a Code of Ethics for professional journalists to follow. Journalists should "deny favored treatment to advertisers,

---

[44] Berliner, U. (2024, April 9). I've Been at NPR for 25 Years. Here's How We Lost America's Trust. The Free Press. Retrieved from https://www.thefp.com/p/npr-editor-how-npr-lost-americas-trust



donors or any other special interests, and resist internal and external pressure to influence coverage." [45]

In allowing Democrat Adam Schiff to control its coverage of President Donald J. Trump, NPR failed to follow journalist code of ethics and in this specific coverage does not qualify for a press exemption.

# Non-Exempt Campaign Activity: Disseminating Biden Campaign Propaganda

Even if NPR News is determined by the FEC to be a press entity AND to qualify for the press exemption, a media organization must comply with campaign finance laws when engaging in activities outside of a legitimate press function.

FEC Advisory Opinion 2023-10 clearly states: "While the press exemption covers press or media activity, it does not cover campaign activity, even if the campaign activity is conducted by a press entity." [46]

NPR's activity in and around October 2020 to actively suppress public speech regarding Hunter Biden's laptop is not a legitimate press function. Moreover, NPR's activities qualify as campaign activity and as such required proper disclosure, reporting, and compliance with contribution limits.

## NPR's Activities: NOT "Distinguishable from Campaign Functions"

The FEC has historically considered whether a press entity's actions are "distinguishable from active participation in core campaign or electioneering functions."[47]

### NPR Reprinted Biden Campaign Propaganda

*Joe Biden's Lie: 50 Former National Intelligence Experts Claim Russian Plan*
On October 22, 2020, Joe Biden, the Democrat presidential nominee, responded to questions about his son Hunter's laptop by stating:

---

[45] Society of Professional Journalists. (2014, September 6). SPJ Code of Ethics. Retrieved from https://www.spj.org/ethicscode.asp
[46] Federal Election Commission. (2023). Advisory opinion 2023-10 [PDF]. https://www.fec.gov/files/legal/aos/2023-10/2023-10.pdf
[47] Advisory Opinion 2008-14 (Melothé) at 5. Federal Election Commission. (2023). FEDERAL ELECTION COMMISSION (Advisory Opinion 2023-10). https://www.fec.gov/files/legal/aos/2023-10/2023-10.pdf



## A REPORT BY THE UNITED STATES JUSTICE FOUNDATION

> *BIDEN: Look, there are 50 former national intelligence folks who said that what this, he's accusing me of is a Russian plan. They have said that this has all the characteristics — four– five former heads of the CIA, both parties, say what he's saying is a bunch of garbage. Nobody believes it except him and his good friend Rudy Giuliani.* [48]

*Biden Campaign Lie: Russian Disinformation Operation*

Michael Carpenter, a senior Biden adviser, described the story: "This is a Russian disinformation operation. I'm very comfortable saying that." [49]

*NPR News: 50 Former National Intelligence Experts Claim Laptop Part of Russian Disinformation the Claims*



50

On October 17, 2020, NPR published a story on its website without any "paid for by" disclaimer. The author of the story, David Folkenflik, essentially reprinted Biden campaign propaganda. In light of Berliner's statements about NPR's motives, this

---

[48] Commission on Presidential Debates. (2020, October 22). Presidential debate at Belmont University in Nashville, Tennessee [Transcript]. https://www.debates.org/voter-education/debate-transcripts/october-22-2020-debate-transcript/

[49] Cheney, K., & Bertrand, N. (2020, October 14). Biden campaign lashes out at New York Post. Politico. Retrieved from https://www.politico.com/news/2020/10/14/biden-campaign-lashes-out-new-york-post-429486

[50] Folkenflik, D. (2020, October 17). Analysis: Questionable N.Y. Post scoop driven by ex-Hannity producer, Giuliani. NPR. https://www.npr.org/2020/10/17/924506867/analysis-questionable-n-y-post-scoop-driven-by-ex-hannity-producer-giuliani


story should be viewed as campaign activity intended to influence the 2020 presidential election.

> *U.S. officials say Russian disinformation campaigns have sought to keep Hunter Biden's business dealings in Ukraine in the public eye. According to The Washington Post, intelligence officials warned the White House last year that Russian operatives had sought to give misinformation to Giuliani to be used against the Bidens. And NBC is now reporting that the FBI is investigating whether the material in the New York Post story originated in a foreign power's disinformation campaign.*

> *Giuliani has repeatedly amplified discredited claims, to the point that Fox News' internal research team warned the network's journalists against relying upon him. Among the sources Giuliani turned to was a man whom the Trump administration's Treasury Department has designated as a Russian agent. Last month, Treasury officials said Andrii Derkach has pushed disinformation in Ukraine to spur unfounded corruption investigations and media coverage in hopes of damaging Biden and influencing the 2020 race. Giuliani did not respond to a message seeking comment for this story.*

> *This story would fit neatly within that rubric. We don't know whether those emails were somehow hacked and doctored, or completely fabricated. (Even Murdoch's Wall Street Journal acknowledged the point, writing "assuming the emails turned up by the New York Post are real..." as it editorialized against Twitter and Facebook.)* [51]

### NPR's Activities Were Traced Back to Biden Campaign Official Antony Blinken

The infamous and now-debunked letter by more than 50 intelligence experts was done at the impetus of the Biden campaign. According to Newsweek:

> *"… former acting CIA director Mike Morell helped organize a letter by 50 intelligence community figures, ahead of the 2020 presidential election, suggesting leaked emails from Hunter's laptop were Russian disinformation.*

> *Morell made the confession in private sworn testimony to the House Judiciary Committee, saying he acted after speaking to Antony Blinken, then part of the*

---

[51] Folkenflik, D. (2020, October 17). Analysis: Questionable N.Y. Post scoop driven by ex-Hannity producer, Giuliani. NPR. https://www.npr.org/2020/10/17/924506867/analysis-questionable-n-y-post-scoop-driven-by-ex-hannity-producer-giuliani



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

> *Biden campaign and now secretary of state, because he wanted Joe Biden to
> "win the election."*[52]

Further reporting by the Wall Street Journal affirms:

> *"Since the last election, we've learned from testimony by former CIA Deputy
> Director Mike Morell that the intelligence officials' statement was done at
> Antony Blinken's impetus to "help Vice President Biden." Mr. Blinken was then
> senior adviser to the Biden campaign. He is now secretary of state."*[53]

NPR did not include in its publication any reference to Director of National
Intelligence John Ratcliffe, who confirmed based on intelligence reports that Hunter
Biden's laptop "is not part of some Russian disinformation campaign." [54]

**NPR Activities Not Exempt Per Landmark *Readers Digest* Precedent**

*Reader's Digest Ass'n v. FEC* provides an example of activities by bona fide press
entitities that do not qualify for the press exemption. [55] The Southern District of New
York explains:

> *If, for example, on Election Day a partisan newspaper hired an army of
> incognito propaganda distributors to stand on street corners denouncing
> allegedly illegal acts of a candidate and sent sound trucks through the streets
> blaring the same denunciations, all in a manner unrelated to the sale of its
> newspapers, this activity would not come within the press exemption even
> though it might comply with a technical reading of the statutory exemption,
> being a "news story ... distributed through the facilities of ... [a] newspaper."*[56]

NPR's activities meet this non-exempt test:

---

[52] Bickerton, J. (2023, April 21). Biden team sparked effort to kill Hunter laptop story: Ex-CIA boss.
Newsweek. https://www.newsweek.com/biden-team-sparked-effort-kill-hunter-laptop-story-ex-cia-
boss-1795950
[53] McGurn, W. (2024, June 3). Hunter Biden's laptop returns. The Wall Street Journal.
https://www.wsj.com/articles/hunter-bidens-laptop-returns-election-courts-law-c957ac51
[54] Flood, B. (2020, October 22). "NPR slammed for dismissing coverage of Hunter Biden laptop scandal
as a 'waste of time'." Fox News. https://www.foxnews.com/media/npr-slammed-dismissing-hunter-
biden-laptop-scandal
[55] Kyu Ho Youm. (2016). Defining the press exemption from campaign finance restrictions. Harvard Law
Review, 129(5), 1384-1412. https://harvardlawreview.org/print/vol-129/defining-the-press-exemption-
from-campaign-finance-restrictions/
[56] *Reader's Digest Ass'n v. FEC*, 509 F. Supp. 1210 (S.D.N.Y. 1981).



1) **Election Day**: NPR's activities occurred during the election. "During this election-cycle mail voting was by far the most prevalent form for voting, accounting for 46% of all votes cast." [57] At the time of publication, October 17, 2020, mail-in voting was actively in progress.

2) **Partisan Newspaper**: NPR is a partisan newspaper. NPR's Board of Directors are major campaign contributors to the Biden campaign and Democratic committees. NPR editor Berliner's statements confirm that its agents were working "to damage or topple Trump's presidency."

3) **Incognito Propaganda Distributors:** NPR did not disclose at the time that its coverage was driven by then-Biden campaign operative Antony Blinken. NPR reprinted Biden campaign propaganda or false statements intended to persuade voters.

4) **Through the streets blaring the same denunciations:** NPR published its article on the internet, which is the modern-day equivalent of streets and street corners.

---

[57] Atkeson, L. R., Hood III, M. V., Jones, C., Reece, M., & Stein, R. M. (2022). Postal voting in the 2020 election. Journal of Election Administration Research & Practice, 1(1), 19-38. https://electioncenter.org/files-journal/documents/JEARP-volume01-issue-01-postal-voting-in-the-2020-election.pdf



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

## Non-Exempt Campaign Activity: NPR Managing Editor Statement on Hunter Biden Laptop

A media organization must comply with campaign finance laws when engaging in activities outside of a legitimate press function. FEC Advisory Opinion 2023-10 clearly states: "While the press exemption covers press or media activity, it does not cover campaign activity, even if the campaign activity is conducted by a press entity." [58]

## October 2020: Campaign Advocacy by NPR's Managing Editor Terence Samuel

On or about October 22, 2020, NPR's then-Managing Editor, Terence Samuel, issued a statement to influence public opinion and the outcome of the election. The statement read: ""We don't want to waste our time on stories that are not really stories, and we don't want to waste the listeners' and readers' time on stories that are just pure distractions."



---

[58] Federal Election Commission. (2023). Advisory opinion 2023-10.
https://www.fec.gov/files/legal/aos/2023-10/2023-10.pdf



This social media post failed to include any "paid for by" disclaimer, nor is there any evidence to suggest that it was reported as an in-kind contribution to any political committee registered with the FEC.

The Tweet has extensive reach: more than 27,000 replies, 17,000 retweets and 18,000 hearts/likes. Such statistics would be equivalent to several thousand dollars in free advertising.

By issuing a statement on the Hunter Biden laptop issue and publishing on social media, NPR spent money that influenced a federal election.

## NPR's Actions Were Not "Distinguishable From Active Participation In Core Campaign Or Electioneering Functions"

The Federal Election Commission has historically considered whether a press entity's press function is "distinguishable from active participation in core campaign or electioneering functions."[59]

Issuing statements is a common campaign activity. Moreover, NPR's managing editor was directly refuting actions by the Trump campaign. In October 2020, the Trump campaign issued more than a half-dozen press releases on Hunter Biden. [60] [61] [62] [63] [64][65]

---

[59] Advisory Opinion 2008-14 (Melothé) at 5. Federal Election Commission. (2023). FEDERAL ELECTION COMMISSION (Advisory Opinion 2023-10). https://www.fec.gov/files/legal/aos/2023-10/2023-10.pdf

[60] Donald J. Trump, Trump Campaign Press Release - With Proof Joe Biden Lied to the American People, Trump Campaign Launches Hunter Biden Ad Online by Gerhard Peters and John T. Woolley, The American Presidency Project https://www.presidency.ucsb.edu/node/345686

[61] Donald J. Trump, Trump Campaign Press Release - Biden Calls "Lid" for the Day After Bombshell Report Reveals Lies About Hunter's Foreign Business Deals Online by Gerhard Peters and John T. Woolley, The American Presidency Project https://www.presidency.ucsb.edu/node/345697

[62] Donald J. Trump, Trump Campaign Press Release - Questions of the Day for Joe Biden, Hunter Biden Edition, Part 2 Online by Gerhard Peters and John T. Woolley, The American Presidency Project https://www.presidency.ucsb.edu/node/345675

[63] Donald J. Trump, Trump Campaign Press Release - Joe Biden Met With At Least Two of His Son Hunter's Foreign Business Partners Online by Gerhard Peters and John T. Woolley, The American Presidency Project https://www.presidency.ucsb.edu/node/345719

[64] Donald J. Trump, Trump Campaign Press Release - The Right View: President Trump Garners Even More Support Back on Campaign Trail, Joe Biden Goes Back Into Hiding After Hunter Biden Scandal Online by Gerhard Peters and John T. Woolley, The American Presidency Project https://www.presidency.ucsb.edu/node/345558

[65] Donald J. Trump, Trump Campaign Press Release - As Scandal Grows, Trump Campaign Ad Asks: Why Did Joe Biden Let Hunter Do It? Online by Gerhard Peters and John T. Woolley, The American Presidency Project https://www.presidency.ucsb.edu/node/345514



## NPR Admission: Activity Intended to Influence the Election

NPR journalist Uri Berliner has stated that the outcome of the election influenced NPR's activity on the issue of Hunter Biden's laptop. Such admission would provide probable cause for the Commission to further investigate the extent to which NPR expended funds to influence the election.

> *"The laptop was newsworthy. But the timeless journalistic instinct of following a hot story lead was being squelched. During a meeting with colleagues, I listened as one of NPR's best and most fair-minded journalists said it was good we weren't following the laptop story because it could help Trump.* [66]

## Journalists Universally Agree that Hunter Biden's Laptop Deserved Coverage

As one USA Today columnist put it, "NPR has succumbed to the lure of third-wave social justice orthodoxy over the traditional groundings of journalism."[67]

National Review points out that Samuel's actions did not follow journalistic protocols.

> *For his part, Samuel fails to explain what journalistic standards he employs to ascertain what does and doesn't constitute a "waste of time." How is that "not really a story"? There is more and more reason to credit the veracity of those emails, or at a minimum, suggest that they warrant more thorough investigation.*

> *We have what appears to be a signed receipt from the computer-repair shop in Delaware, demonstrating that Hunter's laptop and hard drive were obtained legally. We know that the laptop in question is being held in connection to an FBI money-laundering investigation. The director of national intelligence, John Ratcliffe, says that the emails in question aren't part of a Russian disinformation campaign and the FBI hasn't contradicted him.*

---

[66] Berliner, U. (2024, April 9). I've Been at NPR for 25 Years. Here's How We Lost America's Trust. The Free Press. Retrieved from https://www.thefp.com/p/npr-editor-how-npr-lost-americas-trust

[67] Wood, J. Jr. (2024, May 8). Conservatives trashed NPR's new CEO for being 'woke.' But the truth is far more complex. USA Today. https://www.usatoday.com/story/opinion/columnist/2024/05/08/npr-ceo-katherine-maher-congress-media-bias-uri-berliner/73597888007/



*Yet, the managing editor of one of the nation's largest publicly funded media organizations believes emails possibly implicating a presidential front-runner in having benefited from deals involving his shady son who was leveraging the family name and proximity to power for millions are nothing but a distraction.*

*Nobody would apply that standard to stories about influence-peddling, foreign contacts, or foreign financial interests on the part of Donald Trump's family – nor should they. To the contrary, not only has the press properly treated Trump family business interests as newsworthy, they have frequently disregarded even the most minimal journalistic standards to issue breathless reports about them.[68]*

## NPR's Actions Represented Omission-Bias

The Hill's media columnist Joe Concha describes NPR's actions as omission-bias:

*"To be clear, omission-bias is when an outlet or publication purposely suppresses or outright ignores a newsworthy story that is carried by others. In this case, the "others" initially was an exclusive in the New York Post, which was dismissed immediately by other media outlets and by Democrats as Russian disinformation or a smear campaign by the Trump administration.*

*Taxpayer-funded NPR summed up the pious perspective at the time with an explanation that still lives in infamy on Twitter. "We don't want to waste our time on stories that are not really stories. And we don't want to waste the listeners' and readers' time on stories that are just pure distractions," wrote NPR's managing editor for news on Oct. 22. [69]*

## NPR's Actions: Irresponsible and Unethical

Independent journalist Glenn Greenwald criticized NPR's actions as irresponsible and unethical:

*That it is irresponsible and even unethical to mention these documents became a pervasive view in mainstream journalism. The NPR Public Editor, in an amazing statement representative of much of the prevailing media mentality, explicitly*

---

[68] National Review. (2020, October 22). The Media's Shameful Hunter Biden Abdication. The Editors
[69] Concha, J. (2020, Dec. 11). "Media's pre-election burial of Hunter Biden story proves dereliction of duty." The Hill. https://thehill.com/opinion/white-house/529736-medias-pre-election-burial-of-hunter-biden-story-proves-dereliction-of/



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

*justified NPR's refusal to cover the story on the ground that "we do not want to waste our time on stories that are not really stories . . . [or] waste the readers' and listeners' time on stories that are just pure distractions."*

*Worse is the "disinformation" part of the media's equation. How can these materials constitute "disinformation" if they are authentic emails and texts actually sent to and from Hunter Biden? The ease with which news outlets that are supposed to be skeptical of evidence-free pronouncements by the intelligence community instead printed their assertions about "Russian disinformation" is alarming in the extreme. But they did it because they instinctively wanted to find a reason to justify ignoring the contents of these emails, so claiming that Russia was behind it, and that the materials were "disinformation," became their placeholder until they could figure out what else they should say to justify ignoring these documents.* [70]

## NPR Has Covered President Trump's Minor Children

On May 15, 2017, NPR News published a new story on President Trump's youngest 11-year old son and his decision to attend the private St. Andrew's Episcopal School.[71]

---

[70] Greenwald, G. (2024, May 2). Article on Joe and Hunter Biden censored by The Intercept. Substack. https://greenwald.substack.com/p/article-on-joe-and-hunter-biden-censored
[71] Wamsley, L. (2017, May 15). NPR News Like Most White House Kids, Barron Trump Will Go To Private School. NPR. https://www.npr.org/sections/thetwo-way/2017/05/15/528502877/like-most-white-house-kids-barron-trump-will-go-to-private-school



## Non-Exempt Campaign Activity: Public Editor Tweets & Emails

A media organization must comply with campaign finance laws when engaging in activities outside of a legitimate press function. FEC Advisory Opinion 2023-10 clearly states: "While the press exemption covers press or media activity, it does not cover campaign activity, even if the campaign activity is conducted by a press entity." [72]

On or about October 22, 2020, NPR's Public Editor published multiple electronic communications, including internet postings, social media postings, and electronic newsletter communications, that constituted political campaign advocacy, were not protected by the press exemption, and represented reportable campaign expenditures.

## NPR Public Editor Funded by NPR & Selected by NPR CEO – Providing Conduit for Biased Board to Influence Coverage

According to its website, "…the Public Editor position is funded by NPR, and is selected by NPR's CEO…" [73] Therefore, the NPR CEO and Board of Directors have a direct conduit to influence coverage of reporting by the NPR Public Editor. For example, the NPR CEO could choose to replace the Public Editor, or the Board could defund the position – if it did not approve of the Public Editor's views.

This unique position therefore cannot be described as a normal press function and/or is deserving of greater scrutiny than other NPR journalists who operate under a traditional press hierarchy that walls off potential influence of its reporting.

## NPR Public Editor Outsourced to Third Party

Traditionally, a public editor role is assigned to a staff member of the press organization. This included NPR: "NPR's Public Editor has traditionally been an NPR staff member." [74] However, NPR Public Editor was outsourced to a third-party organization, The Poynter Institute for Media Studies.

---

[72] Federal Election Commission. (2023). Advisory opinion 2023-10 [PDF].
https://www.fec.gov/files/legal/aos/2023-10/2023-10.pdf
[73] NPR. (2016, December 14). About the public editor. NPR.
https://www.npr.org/sections/publiceditor/2016/12/14/505405614/about-the-public-editor
[74] National Public Radio. (2016, December 14). About The Public Editor.
https://www.npr.org/sections/publiceditor/2016/12/14/505405614/about-the-public-editor



> *"McBride was appointed as NPR's Public Editor in April 2020 as the result of a new partnership between NPR and Poynter. McBride's role as NPR's Public Editor is supported by researchers and editors from both organizations, significantly expanding the public editor's ability to respond to audience concerns and suggestions." [75]*

## NPR Public Editor Attacked Trump Campaign in Email without Proper "Paid for by" Disclaimer

On or about October 22, 2020, NPR's Public Editor published multiple electronic communications that constituted political campaign advocacy, were not protected by the press exemption, and represented reportable campaign expenditures.

None of these electronic communications included a "paid for by" disclaimer.

> *"There are many, many red flags in that New York Post investigation. NPR Media Correspondent David Folkenflik detailed most of them here. Intelligence officials warn that Russia has been working overtime to keep the story of Hunter Biden in the spotlight. Even if Russia can't be positively connected to this information, the story of how Trump associates Steve Bannon and Rudy Giuliani came into a copy of this computer hard drive has not been verified and seems suspect. And if that story could be verified, the NY Post did no forensic work to convince consumers that the emails and photos that are the basis for their report have not been altered.*
>
> *But the biggest reason you haven't heard much on NPR about the Post story is that the assertions don't amount to much.*
>
> *"We don't want to waste our time on stories that are not really stories, and we don't want to waste the listeners' and readers' time on stories that are just pure distractions," NPR Managing Editor for News Terence Samuel told me. "And quite frankly, that's where we ended up, this was … a politically driven event and we decided to treat it that way."*
>
> *The handful of stories that NPR has produced about the NY Post investigation have been limited to how Facebook and Twitter are restricting distribution of*

---

[75] NPR. (2016, December 14). About the public editor. NPR. https://www.npr.org/sections/publiceditor/2016/12/14/505405614/about-the-public-editor

*the story or how families of those seeking treatment for addiction are impacted by the portrayal of Hunter Biden's struggle. – Kelly McBride*[76]

**Responding to the *New York Post***

Carolyn Abbott writes: *Someone please explain why NPR has apparently not reported on the Joe Biden, Hunter Biden story in the last week or so that Joe did know about Hunter's business connections in Europe that Joe had previously denied having knowledge?*

There are many, many red flags in that *New York Post* investigation. NPR Media Correspondent David Folkenflik detailed most of them here. Intelligence officials warn that Russia has been working overtime to keep the story of Hunter Biden in the spotlight. Even if Russia can't be positively connected to this information, the story of how Trump associates Steve Bannon and Rudy Giuliani came into a copy of this computer hard drive has not been verified and seems suspect. And if that story could be verified, the *NY Post* did no forensic work to convince consumers that the emails and photos that are the basis for their report have not been altered.

But the biggest reason you haven't heard much on NPR about the *Post* story is that the assertions don't amount to much.

"We don't want to waste our time on stories that are not really stories, and we don't want to waste the listeners' and readers' time on stories that are just pure distractions," NPR Managing Editor for News Terence Samuel told me. "And quite frankly, that's where we ended up, this was … a politically driven event and we decided to treat it that way."

The handful of stories that NPR has produced about the *NY Post* investigation have been limited to how Facebook and Twitter are restricting distribution of the story or how families of those seeking treatment for addiction are impacted by the portrayal of Hunter Biden's struggle. — *Kelly McBride*

## NPR Public Editor Tweets

On or about October 22, 2020, NPR's Public Editor published three Tweets that constituted political campaign advocacy, were not protected by the press exemption, and represented reportable campaign expenditures.

These social media posts failed to include any "paid for by" disclaimer, nor is there any evidence to suggest that it was reported as an in-kind contribution to any political committee registered with the FEC.

---

[76] McBride, Kelly. NPR Public Editor Email.  October 20, 2020



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**



77

---

77 NPR Public Editor. (2020, October 22). We don't want to waste our time on stories that are not really stories, and we don't want to waste the listeners' and readers' time on stories that are just pure distractions. [Tweet]. Twitter. https://twitter.com/NPRpubliceditor/status/1319281101223940096



**A REPORT BY THE UNITED STATES JUSTICE FOUNDATION**

