CO-386
10/2018

# United States District Court
# For the District of Columbia

James V. Lacy, in his capacity as President of United States Justice Foundation and Policy Issues Institute; United States Justice Foundation; Policy Issues Institute; and Alexander Tomescu )
)
)
)
)
              Plaintiff )
vs )
)
Federal Election Commission )
)
)
              Defendant )

Civil Action No. 1:25-cv-01808

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __United States Justice Foundation & Policy Issues Institute__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[Signature]*
Signature

90002903
BAR IDENTIFICATION NO.

Erielle Davidson
Print Name

2300 N Street, N.W., Suite 643
Address

Washington, DC 20037
City      State      Zip Code

(202) 737-8808
Phone Number