## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES V. LACY, in his capacity as President of the United States Justice Foundation and Policy Issues Institute, | |
| UNITED STATES JUSTICE FOUNDATION, | |
| POLICY ISSUES INSTITUTE, | |
| and | |
| ALEXANDER TOMESCU, | |
| Plaintiffs, | Civil Action No. 1:25-cv-01808-RDM |
| v. | |
| FEDERAL ELECTION COMMISSION, | |
| Defendant, | |
| and | |
| NATIONAL PUBLIC RADIO, INC., | |
| Proposed Defendant-Intervenor. | |

## NATIONAL PUBLIC RADIO, INC.'S MOTION TO DISMISS

National Public Radio, Inc. moves to dismiss Plaintiffs' Complaint, Dkt. 1, under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for lack of subject matter jurisdiction and for failure to state a claim on which relief can be granted. The grounds for this Motion are set forth in the accompanying memorandum of law.

Dated:  August 26, 2025

Respectfully submitted,

/s/ Jason J. Mendo
Jason J. Mendro (D.C. Bar No. 482040)
Michael D. Bopp (D.C. Bar No. 442459)
Cameron J. E. Pritchett (D.C. Bar No. 1673974)

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8256
MBopp@gibsondunn.com

*Attorneys for National Public Radio, Inc.*